B1 (Official Form 1)(4/10)

| # United States Bankruptcy Court <br> ## District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> Einstein Moomjy, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) <br> 22-1576736 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 265 Route 10 <br> Whippany, NJ <br> ZIP Code  07981 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> Morris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | 5 Route 17 <br> Paramus, NJ 07652 |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Daniel M. Stolz (DS-1827) ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Einstein Moomjy, Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Einstein Moomjy, Inc.

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Daniel M. Stolz
Signature of Attorney for Debtor(s)

Daniel M. Stolz (DS-1827)
Printed Name of Attorney for Debtor(s)

WASSERMAN, JURISTA & STOLZ
Firm Name
225 Millburn Avenue
Suite 207
Millburn, NJ 07041
Address

Email: attys@wjslaw.com
(973) 467-2700  Fax: (973) 467-8126
Telephone Number

August 19, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Walter Moomjy
Signature of Authorized Individual

Walter Moomjy
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 19, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

EINSTEIN MOOMJY, INC.

BALANCE SHEET

As of August 2011

ASSETS

| | |
|---|---:|
| Accounts Receivable due | $ 3,000.00 |
| Automobiles | 29,900.00 |
| Office Equipment and furnishings | 3,500.00 |
| Machinery | 2,000.00 |
| Inventory | 2,532,534.44 |
| Total Assets: | $ 2,570,934.44 |

LIABILITIES

| | |
|---|---:|
| Secured Creditors | $ 12,280.75 |
| Unsecured Priority Creditors | 377,891.09 |
| Unsecured Nonpriority Creditors | 4,083,046.48 |
| Total Liabilities: | $ 4,473,218.32 |

## IN THE UNITED STATES BANKRUPTCY COURT

In the Matter of:                          }
                                           } Case No.
EINSTEIN MOOMJY, INC.                      }Chapter 11
                                           }
Debtor                                     }

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, WALTER MOOMJY, declare under penalty of perjury that I am the President of Einstein Moomjy, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 12th day of August, 2011.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Walter Moomjy, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Walter Moomjy, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Walter Moomjy, President of this Corporation is authorized and directed to employ Daniel M. Stolz (DS-1827) attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Corporation in such bankruptcy case."

Date: August 12, 2011                Signed: _____
                                              WALTER MOOMJY, President

Resolution of Board of Directors
of
EINSTEIN MOOMJY, INC.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Walter Moomjy, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Walter Moomjy, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Walter Moomjy, President of this Corporation is authorized and directed to employ Daniel M. Stolz (DS-1827), attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Corporation in such bankruptcy case.

Date:  August 12, 2011                     Signed:  _____

                                           WALTER MOOMJY, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Einstein Moomjy, Inc.                                        Case No. _____

                                                Debtor(s)          Chapter       11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mosel Management LLC<br>Agent for Emil Buehler Trust<br>305 Route Seventeen<br>Paramus, NJ 07652 | Mosel Management LLC<br>Agent for Emil Buehler Trust<br>305 Route Seventeen<br>Paramus, NJ 07652 | Landlord | | 1,926,043.98 |
| Nourison Rug Corp.<br>5 Sampton Street<br>Saddle Brook, NJ 07663 | Nourison Rug Corp.<br>5 Sampton Street<br>Saddle Brook, NJ 07663 | Business Debt | | 390,000.00 |
| 10 New Maple Investors, LLC<br>c/o Peter A. Vignuolo<br>Clarkin & Vignuolo, PC<br>1100 Centennial Avenue<br>Piscataway, NJ 08854 | 10 New Maple Investors, LLC<br>c/o Peter A. Vignuolo<br>Clarkin & Vignuolo, PC<br>Piscataway, NJ 08854 | former landlord | | 339,819.07 |
| Emme Company LLC<br>295 Route 17 South<br>Paramus, NJ 07652 | Emme Company LLC<br>265 Route 10<br>Whippany, NJ 07981 | Landlord-past due rent (insider-related entity) | | 169,190.00 |
| Einstein Moomjy Associates LLC<br>297 Route 17 South<br>Paramus, NJ 07652 | Einstein Moomjy Associates LLC<br>265 Route 10<br>Whippany, NJ 07981 | Landlord (insider-related entity) | | 128,669.00 |
| Bokara Rug Co., Inc.<br>44 Hartz Way<br>Secaucus, NJ 07094 | Bokara Rug Co., Inc.<br>44 Hartz Way<br>Secaucus, NJ 07094 | Trade debt | | 118,455.66 |
| State of New Jersey-CBT<br>Division of Taxation<br>PO Box 193<br>Trenton, NJ 08646-0193 | State of New Jersey-CBT<br>Division of Taxation<br>PO Box 193<br>Trenton, NJ 08646-0193 | taxes | | 116,379.72 |
| Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 | Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 | | | 82,915.22 |
| Einstein Moomjy 22 Company LLC<br>934 Route 22 East<br>North Plainfield, NJ 07060 | Einstein Moomjy 22 Company LLC<br>265 Route 10<br>Whippany, NJ 07981 | Landlord (insider-related entity) | | 65,375.00 |
| Sax Macy Fromm & Co., OC<br>855 Valley Road<br>Clifton, NJ 07013 | Sax Macy Fromm & Co., OC<br>855 Valley Road<br>Clifton, NJ 07013 | Business Debt | | 49,079.73 |

B4 (Official Form 4) (12/07) - Cont.

In re  Einstein Moomjy, Inc.                                                            Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| New York State Corporation Tax<br>PO Box 4136<br>Binghamton, NY 13902-4136 | New York State Corporation Tax<br>PO Box 4136<br>Binghamton, NY 13902-4136 | Business Debt | | 44,505.44 |
| Couristan, Inc.<br>Two Executive Drive<br>Fort Lee, NJ 07024 | Couristan, Inc.<br>Two Executive Drive<br>Fort Lee, NJ 07024 | Business Debt | | 36,543.07 |
| Cohen Tauber Spievack & Wagner, P.C.<br>420 Lexington Ave, Suite 2400<br>New York, NY 10170 | Cohen Tauber Spievack & Wagner, P.C.<br>420 Lexington Ave, Suite 2400<br>New York, NY 10170 | 10112577/2010<br>Legal Services | | 35,672.55 |
| Walter Moomjy<br>10 Fairway<br>Upper Montclair, NJ 07043 | Walter Moomjy<br>10 Fairway<br>Upper Montclair, NJ 07043 | | | 34,629.61 |
| Alberta Luchetti<br>202 Overlook Avenue<br>Little Falls, NJ 07424 | Alberta Luchetti<br>202 Overlook Avenue<br>Little Falls, NJ 07424 | Business Debt | | 33,952.50 |
| Schnadig International Corp.<br>4200 Tudor Lane<br>Greensboro, NC 27410 | Schnadig International Corp.<br>4200 Tudor Lane<br>Greensboro, NC 27410 | Business Debt | | 27,553.94 |
| Public Service Electric & Gas<br>PO Box 14104<br>New Brunswick, NJ 08906-4104 | Public Service Electric & Gas<br>PO Box 14104<br>New Brunswick, NJ 08906-4104 | Utility Bills | | 25,584.76 |
| New York Times/Advertising<br>Attn:  Michele De Maria-COF Dept.<br>299 West 43rd St<br>New York, NY 10036 | New York Times/Advertising<br>Attn:  Michele De Maria-COF Dept.<br>299 West 43rd St<br>New York, NY 10036 | Business Debt | | 24,441.00 |
| KAS Oriental Rugs Inc.<br>62 Veronica Ave<br>Somerset, NJ 08873 | KAS Oriental Rugs Inc.<br>62 Veronica Ave<br>Somerset, NJ 08873 | Business Debt | | 24,285.89 |
| Penske Truck Leasing<br>PO Box 827380<br>Philadelphia, PA 19182-7380 | Penske Truck Leasing<br>PO Box 827380<br>Philadelphia, PA 19182-7380 | Business Debt | | 22,833.04 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 19, 2011                              Signature  /s/ Walter Moomjy

Walter Moomjy
President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    Einstein Moomjy, Inc.                               ,       Case No. _____

                                   Debtor                 Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,569,934.44 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,280.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 25 | | 377,891.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 4,083,046.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 81 | | | |
| | Total Assets | | 2,569,934.44 | | |
| | Total Liabilities | | | 4,473,218.32 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of New Jersey

In re    Einstein Moomjy, Inc.    ,    Case No. _____

                                        Debtor

                                        Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re      Einstein Moomjy, Inc.                                              ,      Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Account JP Morgan Chase Bank Midland Avenue Paramus, NJ 07652 | - | 0.00 |
| | | Payroll Accounts JP Morgan Chase Account Midland Avenue Paramus, NJ 07652 | - | 0.00 |
| | | Payroll Account JP Morgan Chase Account Midland Avenue Paramus, NJ 07652 | - | 0.00 |
| | | Sales Tax Account JP Morgan Chase Account Midland Avenue Paramus, NJ 07652 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >                 0.00
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                           ,    Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Receivables Due | - | 3,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax Refund Due | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  |  | Sub-Total > | 3,000.00 |
|---|---|---|---|
|  |  | (Total of this page) | |

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      Einstein Moomjy, Inc.                                              ,      Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Year: 2000 Make: GMC Model: T6500 Truck Mileage: 160k Location: 265 Route 10, Whippany NJ 07981 | - | 5,000.00 |
| | | Year: 2005 Make: Ford Model: E350 Econoline Super Cargo Mileage: 117K Location: 265 Route 10, Whippany NJ 07981 | - | 8,000.00 |
| | | Year: 2003 Make: Toyota Model: Sienna SL Minivan Mileage: 66K Location: 265 Route 10, Whippany NJ 07981 | - | 4,500.00 |
| | | Year: 2002 Make: Mercedes Model: S430 Mileage: 122K Location: 265 Route 10, Whippany NJ 07981 | - | 6,000.00 |

Sub-Total >     23,500.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     Einstein Moomjy, Inc.                                    ,     Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Year: 2006<br>Make: Ford<br>Model: E250 Econoline<br>Mileage: 70K<br>Location: 265 Route 10, Whippany NJ 07981 | - | 6,000.00 |
| | | Year: 1996<br>Make: Jeep<br>Model: Wagon<br>Mileage: 200K | - | 400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Paramus: 5 computers, 2 printers<br>Whippany: 10 computers, 3 printers<br>all of which are 5 to 10 years old | - | 3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 5 copy machines | - | 2,000.00 |
| 30. Inventory. | | Broadloom Rugs | - | 357,185.77 |
| | | Area Rug | - | 462,592.50 |
| | | Furniture/Accessory | - | 435,795.57 |
| | | Hand Knotted Oriental Rugs | - | 1,275,960.60 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                             Sub-Total >     2,543,434.44

                                         (Total of this page)

Sheet   3   of   3   continuation sheets attached                              Total >     2,569,934.44
to the Schedule of Personal Property

                                               (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re      Einstein Moomjy, Inc.                                                        Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Security interest | | | | | |
| Bokara Rug Co., Inc. 44 Hartz Way Secaucus, NJ 07094 | | - | | | | | | | |
| | | | | Value $                    0.00 | | | | 12,280.75 | 12,280.75 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

  0    continuation sheets attached

| | Subtotal (Total of this page) | 12,280.75 | 12,280.75 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 12,280.75 | 12,280.75 |

B6E (Official Form 6E) (4/10)

.

In re    Einstein Moomjy, Inc.                                             ,     Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____24_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Adel Mdeway 39 Richard Drive Waldwick, NJ 07463 | - | | 3/25/11  Employee Unpaid Wages | | | | 5,929.16 | 0.00 | 5,929.16 |
| Account No.  Andrea Moomjy 74 Overlook Road Upper Montclair, NJ 07043 | - | | 3/25/11  Employee Unpaid Wages | | | | 16,681.16 | 4,956.16 | 11,725.00 |
| Account No.  Anthony Alonso 320 West 30th Street Apt 4A New York, NY 10001 | - | | 3/25/11  Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No.  Charles Buccarato 33 Deer Run Drive Hackettstown, NJ 07840 | - | | 3/25/11  Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No.  Claudia Moomjy 5 Ramapo Hills Blvd Oakland, NJ 07436 | - | | 3/25/11  Employee Unpaid Wages | | | | 16,681.16 | 4,956.16 | 11,725.00 |

Sheet _1__ of _24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 9,912.32 |
| (Total of this page) | 39,291.48 | 29,379.16 |

B6E (Official Form 6E) (4/10) - Cont.

In re   Einstein Moomjy, Inc.                                          ,   Case No. _____
                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 3/25/11 | | | | | | |
| Clifford Gold 2077 Center Avenue Apt 4A Fort Lee, NJ 07024 | - | | | Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | 3/25/11 | | | | | | |
| Corene Nelson 99 Teaneck Road Unit 318 Ridgefield Park, NJ 07660 | - | | | Employee Unpaid Wages | | | | 2,403.42 | 0.00 | 2,403.42 |
| Account No. | | | | 3/25/11 | | | | | | |
| Dennis Teller RR#1 Box 1556 East Stroudsburg, PA 18302 | - | | | Employee Unpaid Wages | | | | 4,015.40 | 0.00 | 4,015.40 |
| Account No. | | | | 3/25/11 | | | | | | |
| Donato Minicozzi 43 Sunrise Drive Summit, NJ 07901 | - | | | Employee Unpaid Wages | | | | 983.25 | 0.00 | 983.25 |
| Account No. | | | | 3/25/11 | | | | | | |
| Ed Hoodiman 160 Stuyvesant Avenue Apt 4 Kearny, NJ 07032 | - | | | Employee Unpaid Wages | | | | 3,699.23 | 0.00 | 3,699.23 |

Sheet  2   of  24   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

11,101.30          11,101.30

B6E (Official Form 6E) (4/10) - Cont.

In re     Einstein Moomjy, Inc. _____,     Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/25/11 | | | | | | |
| Eduardo Flores 1900 Rachel Terrace Apt 19 Pine Brook, NJ 07058 | - | | Employee Unpaid Wages, | | | | 2,618.01 | 0.00 | 2,618.01 |
| Account No. | | | 3/25/11 | | | | | | |
| Frank Gorli 15 Briar Court Hamburg, NJ 07419 | - | | Employee Unpaid Wages | | | | 6,109.06 | 0.00 | 6,109.06 |
| Account No. | | | 3/25/11 | | | | | | |
| Gary Firth 49 Charles Street Belleville, NJ 07109 | - | | Employee Unpaid Wages | | | | 2,533.02 | 0.00 | 2,533.02 |
| Account No. | | | 3/25/11 | | | | | | |
| Gregory Griffith 410 Prospect Street Apt D-1 East Orange, NJ 07017 | - | | Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | 3/25/11 | | | | | | |
| James Allan 1783 Oak Hill Drive Union, NJ 07083 | - | | Employee Unpaid Wages | | | | 5,999.54 | 0.00 | 5,999.54 |

Sheet  3   of  24   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 17,259.63 | 17,259.63 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jo-Ann Lawler<br>3-03 Leonard Terrace<br>Fair Lawn, NJ 07410 | - | | 3/25/11<br><br>Employee Unpaid Wages | | | | 309.19 | 0.00 | 309.19 |
| Account No.<br><br>John Adimando<br>280 Harrington Avenue<br>Closter, NJ 07624 | - | | Employee Unpaid Wages | | | | 6,602.60 | 0.00 | 6,602.60 |
| Account No.<br><br>John Picaroni<br>55 Bayard Road<br>Somerset, NJ 08873 | - | | 3/25/11<br><br>Employee Unpaid Wages | | | | 2,124.76 | 0.00 | 2,124.76 |
| Account No.<br><br>Joseph Clausi<br>20 Macarthur Avenu<br>Lodi, NJ 07644 | - | | 3/25/11<br><br>Employee Unpaid Wages | | | | 421.88 | 0.00 | 421.88 |
| Account No.<br><br>Laura Matthews<br>707 4th Street<br>Lyndhurst, NJ 07071 | - | | 3/25/11<br><br>Employee Unpaid Wages | | | | 4,436.32 | 0.00 | 4,436.32 |

Sheet __4__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 13,894.75 | | 13,894.75 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                                            ,    Case No. _____
                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/25/11 | | | | | | |
| Marcus Bocchino 13 Upper Warren Way Warren, NJ 07059 | - | | Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | 3/25/11 | | | | | | |
| Margaret Gowey 12 High Street Blairstown, NJ 07825 | - | | Employee Unpaid Wages | | | | 148.05 | 0.00 | 148.05 |
| Account No. | | | 3/25/11 | | | | | | |
| Mark Weidner 106 Powell Road Allendale, NJ 07401 | - | | Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | 3/25/11 | | | | | | |
| Nancy Lee 28 Seminole Avenue Pompton Plains, NJ 07444 | - | | Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | 3/25/11 | | | | | | |
| Patricia Magee 120 Fielder Avenue Ortley Beach, NJ 08751 | - | | Employee Unpaid Wages | | | | 435.13 | 0.00 | 435.13 |

Sheet _5__ of _24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 583.18    583.18 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/25/11 | | | | | | |
| Paul Forbes 350 Parsippany Road Apt 114 Parsippany, NJ 07054 | - | | Employee Unpaid Wages | | | | 2,041.71 | 0.00 | 2,041.71 |
| Account No. | | | 3/25/11 | | | | | | |
| Peter Depass 351 Lunar Road NJ 08845 | - | | Employee Unpaid Wages | | | | 1,455.61 | 0.00 | 1,455.61 |
| Account No. | | | 3/25/11 | | | | | | |
| Peter Thullner 8 New Sreet Denville, NJ 07834 | - | | Employee Unpaid Wages | | | | 1,115.39 | 0.00 | 1,115.39 |
| Account No. | | | 3/25/11 | | | | | | |
| Richard Johnson 153 Combs Hollow Road Randolph, NJ 07869 | - | | Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | 3/25/11 | | | | | | |
| Russell Greenley 16 Maplehurst Lane Piscataway, NJ 08854 | - | | Employee Unpaid Wages | | | | 938.26 | 0.00 | 938.26 |

Sheet  6  of  24  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 5,550.97 | 5,550.97 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
　　　　　　　　　　　　　Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J | C |  |  |  |  |  |  |  |
| Account No.　　　　　Said Bonakdarian 688A Bruce Street Ridgefield, NJ 07657 | - |  |  | 3/25/11 Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No. xx-xxxx-xxx1-SCH　State of New Jersey Dept of Labor & Workforce Development Division of Employer Accounts PO Box 379 Trenton, NJ 08625-0379 | - |  |  | Employee Wages, Plus Administrative Fees and Penalties | | | | Unknown | Unknown | Unknown |
| Account No.　　　　　Steven Colman 2359 Monica Place Scotch Plains, NJ 07076 | - |  |  | 3/25/11 Employee Unpaid Wages | | | | 1,578.99 | 0.00 | 1,578.99 |
| Account No.　　　　　Steven Goldstein 3071 Edwin Avenue Apt 4A Fort Lee, NJ 07024 | - |  |  | 3/25/11 Employee, listed for precautionary purposes | | | | 0.00 | 0.00 | 0.00 |
| Account No.　　　　　Susan Toloui 17 Depeyster Avenue NJ 07690 | - |  |  | 3/25/11 Employee Unpaid Wages | | | | 1,337.17 | 0.00 | 1,337.17 |

Sheet  7   of  24   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 2,916.16 | | 2,916.16 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                         ,    Case No. _____

                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Susan Zayas <br> 15 Bowers Road <br> Caldwell, NJ 07006 | - | | 3/25/11 <br><br> Employee Unpaid Wages | | | | 365.38 | 0.00 <br><br> 365.38 |
| Account No. <br><br> Thomas Mitchell <br> 12 Serpentine Road <br> Ringwood, NJ 07456 | - | | 3/25/11 <br><br> Employee, listed for precautionary purposes | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> Walter Moomjy <br> 10 Fairway <br> Upper Montclair, NJ 07043 | - | | 3/25/11 <br><br> Employee Unpaid Wages | | | | 20,000.26 | 8,275.26 <br><br> 11,725.00 |
| Account No. <br><br> Wilfredo Medina <br> 1116 W. Front Street <br> Plainfield, NJ 07060 | - | | 3/25/11 <br><br> Employee, listed for precautionary purposes | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. | | | | | | | | |

Sheet  8   of  24   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 8,275.26 |
| (Total of this page) | 20,365.64 | 12,090.38 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                                        ,    Case No. _____
_____
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx6982<br><br>Alexa Shea<br>524 E. 87th Street<br>New York, NY 10128 | - | | 11/13/10<br><br>Paramus Store | | | | 1,020.00 | 0.00 | 1,020.00 |
| Account No. xxx3554<br><br>Alison Kimmich<br>79 Essex Avenue<br>Montclair, NJ 07042 | - | | Whippany Store | | | | 720.00 | 0.00 | 720.00 |
| Account No.<br><br>Amy O'Dowd<br>5 Saltzer Drive<br>Boonton, NJ 07005 | - | | Store | | | | 384.13 | 0.00 | 384.13 |
| Account No. xx7533<br><br>Andrea Urban<br>7 Maple Lane<br>Lake Hiawatha, NJ 07034 | - | | 2/20/11<br><br>Whippany Store | | | | 913.75 | 0.00 | 913.75 |
| Account No. xx7257<br><br>Angelica<br>38 Community Place<br>Morristown, NJ 07960 | - | | 3/29/11<br><br>Whippany Store | | | | 3,400.00 | 800.00 | 2,600.00 |

Sheet  9  of  24  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 800.00 | |
|---|---|---|---|
| | (Total of this page) | 6,437.88 | 5,637.88 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____

                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx2918<br><br>Ann Marie Frater<br>524 Sagamore Avenue<br>Teaneck, NJ 07666 | - | | Whippany Store | | | | 850.00 | 0.00 | 850.00 |
| Account No.<br><br>Arnold Reiter<br>2 No. Bayard Lane<br>Mahwah, NJ 07430 | - | | Paramus Store | | | | 9,357.15 | 6,757.15 | 2,600.00 |
| Account No. xxxxxxx/xxx1310<br><br>Audrey H. Stolberger<br>33 Knusten Drive<br>West Orange, NJ 07052 | - | | Whippany Store | | | | 2,117.06 | 0.00 | 2,117.06 |
| Account No. xx1348<br><br>Barry Mushala<br>35 Thormont Road<br>Denville, NJ 07834 | - | | 2/7/11<br><br>Whippany Store | | | | 128.88 | 0.00 | 128.88 |
| Account No. x5671<br><br>Bodner<br>8 Lafayette Place<br>Fair Lawn, NJ 07410 | - | | Paramus Store | | | | 400.00 | 0.00 | 400.00 |

Sheet __10__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 6,757.15 |
|---|---|---|---|
| | (Total of this page) | 12,853.09 | 6,095.94 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re     Einstein Moomjy, Inc. _____ ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx7255 <br><br> Carol Todd <br> 870 Ridgeview Way <br> Franklin Lakes, NJ 07417 | - | | 4/21/11 <br><br> Whippany Store | | | | 850.00 | 0.00 | 850.00 |
| Account No. <br><br> Carotenuto <br> 12 Jane Terrace <br> Mendham, NJ 07945 | - | | Store ? | | | | 400.00 | 0.00 | 400.00 |
| Account No. x5687 <br><br> Carrie Yoos <br> 44 Old Swalleytown Road <br> Warren, NJ 07059 | - | | 5/28/11 <br><br> Paramus Store | | | | 1,139.55 | 0.00 | 1,139.55 |
| Account No. <br><br> Cashman <br> 812 Park Avenue <br> New York, NY 10021 | - | | Paramus Store | | | | 3,100.00 | 500.00 | 2,600.00 |
| Account No. <br><br> Catherine Mulvey <br> 21 Rustic Road <br> Saddle River, NJ 07458 | - | | 7/21/10 <br><br> Paramus Store | | | | 1,600.00 | 0.00 | 1,600.00 |

Sheet __11__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 500.00 |
| 7,089.55 | 6,589.55 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                                              ,    Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xx3189 | | | Paramus Store | | | | | |
| Charles R. Lightner 518 Lawrence Avenue Westfield, NJ 07090 | - | | | | | | 1,500.00 | 0.00 / 1,500.00 |
| Account No. xx1464 | | | 4/2/11 Whippany Store | | | | | |
| Claire Andrews 15 Lindaberry Lane Palisades Park, NJ 07650 | - | | | | | | 330.00 | 201.12 / 128.88 |
| Account No. xx5013 | | | 4/19/11 Whippany Store | | | | | |
| Corrine Fleres 46 Sherman Place Morristown, NJ 07960 | - | | | | | | 426.03 | 0.00 / 426.03 |
| Account No. xxx1465 | | | Whippany Store | | | | | |
| Debra Jones 4 Patty Lane Randolph, NJ 07869 | - | | | | | | 325.00 | 0.00 / 325.00 |
| Account No. xxx2372 | | | 4/30 Paramus Store | | | | | |
| Edward Eden 243 West End Avenue New York, NY 10023 | - | | | | | | 1,000.00 | 0.00 / 1,000.00 |

Sheet __12__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 201.12 |
|---|---|---|---|
| | (Total of this page) | 3,581.03 | 3,379.91 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                           **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Elizabeth Cleary Interiors <br> 171 West 71st Street <br> New York, NY 10023 | - | | 4/28/10 <br><br> New York Store | | | | <br><br> 377.00 | 0.00 | 377.00 |
| Account No. xx7120 <br><br> Frank & Judy Adamo <br> 200 Old Palisade Road <br> Fort Lee, NJ 07024 | - | | 1/12 & 2/3 <br><br> Paramus Store | | | | <br><br> 1,950.00 | 0.00 | 1,950.00 |
| Account No. xx5047 <br><br> Gail Alba <br> 69 Brooklawn Drive <br> Morris Plains, NJ 07950 | - | | Whippany Store | | | | <br><br> 480.43 | 0.00 | 480.43 |
| Account No. xx3804 <br><br> Geoffrey Richstone <br> 120 East 9th Street 6G <br> New York, NY 10128 | - | | 6/13/10 <br><br> Paramus Store | | | | <br><br> 1,600.00 | 0.00 | 1,600.00 |
| Account No. xx6980 <br><br> George & Dorothy Rush <br> 27 Washington Avenue <br> River Edge, NJ 07661 | - | | 11/12/10 <br><br> Paramus Store | | | | <br><br> 3,000.00 | 400.00 <br><br> 2,600.00 | |

Sheet __13__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 400.00 | |
|---|---|---|---|
| | (Total of this page) | 7,407.43 | 7,007.43 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xx7264<br><br>George Wimmer<br>10 Nyma Way<br>Succasunna, NJ 07876 | - | | 4/12/11<br><br>Whippany Store | | | | 750.00 | 0.00<br><br>750.00 |
| Account No.<br><br>Interchem<br>120 Century Road<br>Closter, NJ 07624 | - | | | | | | 4,400.00 | 1,800.00<br><br>2,600.00 |
| Account No.<br><br>Jack Dalton<br>392 Central Park West<br>Apt 15P<br>New York, NY 10025 | - | | Store | | | | 885.00 | 0.00<br><br>885.00 |
| Account No. xxx7282<br><br>Jerome Finchler<br>23 Trouville Drive<br>Parsippany, NJ 07054 | - | | Goods in Stock Store | | | | 1,000.42 | 0.00<br><br>1,000.42 |
| Account No. xx5052<br><br>Joan Thaebel<br>78 Orchard Road<br>Chatham Twp, NJ 07928 | - | | Whippany Store | | | | 319.93 | 0.00<br><br>319.93 |

Sheet _14_ of _24_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,800.00 | |
| 7,355.35 | 5,555.35 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joann Avezzi <br> 244 Sheridan Avenue <br> Ho Ho Kus, NJ 07423 | - | | 11/11/10 <br><br> Goods in Stock | | | | 2,300.00 | 0.00 <br><br> 2,300.00 |
| Account No. <br><br> Joanna Reid Billings <br> 48 River Road <br> Stanhope, NJ 07874 | - | | Whippany Store | | | | 250.00 | 0.00 <br><br> 250.00 |
| Account No. xx9657 <br><br> John Vermylen <br> 10 Mohegan Trail <br> Saddle River, NJ 07458 | - | | 9/3/10 <br><br> Paramus Store | | | | 1,000.00 | 0.00 <br><br> 1,000.00 |
| Account No. xx6173 <br><br> Karen and Paul Hubert <br> 559 Foothill Road <br> Bridgewater, NJ 08807 | - | | Plainfield Store | | | | 1,100.00 | 0.00 <br><br> 1,100.00 |
| Account No. xxx5073 <br><br> Karen Dubel <br> PO Box 524 <br> Brookside, NJ 07926 | - | | 5/23/11 <br><br> From Hard Copies Store | | | | 275.00 | 0.00 <br><br> 275.00 |

Sheet __15__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 0.00
(Total of this page)    4,925.00    4,925.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re      Einstein Moomjy, Inc.                                                    ,      Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. x5613<br><br>Kate Pringle<br>26 Suburban Avenue<br>Pelham, NY 10803 | - | | 9/3/10<br><br>New York Store | | | | 1,500.00 | 0.00<br><br>1,500.00 |
| Account No.<br><br>Kathy Barbieri<br>7 Mill Race Court<br>Andover, NJ 07821 | - | | 5/16/11<br><br>Whippany Store | | | | 2,972.00 | 372.00<br><br>2,600.00 |
| Account No.<br><br>Kevin Brennan<br>403 Spruce Street<br>Hawley, PA 18428 | - | | 10/5/10<br><br>Paramus Store | | | | 800.00 | 0.00<br><br>800.00 |
| Account No. xxx7587<br><br>Kiel<br>40 Kinnemon Avenue<br>Washington, NJ 07882 | - | | Whippany Store | | | | 2,700.00 | 100.00<br><br>2,600.00 |
| Account No.<br><br>Krukowski<br>74 Maple Street<br>Bridgewater, NJ 08807 | - | | Plainfield Store | | | | Unknown | Unknown<br><br>0.00 |

Sheet __16__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 472.00 |
|---|---|---|
|  | (Total of this page) | 7,972.00 | 7,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re ___Einstein Moomjy, Inc._____,     Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx7106<br><br>La Scala<br>169 Pinebrook Road<br>Montville, NJ 07045 | | - | 8/17/08<br><br>Paramus Store | | | | 2,287.12 | 0.00 | 2,287.12 |
| Account No. x5613<br><br>Lawrence Redman<br>1175 Park Avenue<br>9B<br>New York, NY 10128 | | - | 9/3/10<br><br>New York Store | | | | 500.00 | 0.00 | 500.00 |
| Account No. x6129<br><br>Lightner<br>518 Lawrence Avenue<br>Westfield, NJ 07090 | | - | Plainfield Store | | | | 1,500.00 | 0.00 | 1,500.00 |
| Account No. x6111<br><br>Louise Lamphier Forkush<br>330 East 38th Street<br>Apt 42N<br>New York, NY 10016 | | - | 3/18<br><br>Plainfield Store | | | | 1,600.00 | 0.00 | 1,600.00 |
| Account No.<br><br>Mark Bodner<br>8 Lafayette<br>Fair Lawn, NJ 07410 | | - | 3/28/11<br><br>Paramus Store | | | | 400.00 | 0.00 | 400.00 |

Sheet __17__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 6,287.12 | 6,287.12 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Martha Frawley <br>70 Carriage House Road <br>Bernardsville, NJ 07924 | - | | Whippany Store | | | | 2,783.10 | 183.10 <br><br> 2,600.00 |
| Account No. xxx2448 <br><br>Martin Beckenstein <br>85 Lakeview Drive <br>Westwood, NJ 07675 | - | | 6/3/11 <br><br>Whippany Store | | | | 1,100.00 | 0.00 <br><br> 1,100.00 |
| Account No. xxx3413 <br><br>Mary Johnson <br>109 Bel Point Road <br>Nantucket, MA 02554 | - | | 6/8/10 <br><br>Paramus Store | | | | 2,100.00 | 0.00 <br><br> 2,100.00 |
| Account No. <br><br>Mary Silver <br>6 Northern Drive <br>Bridgewater, NJ 08807 | - | | Plainfield Store | | | | 2,000.00 | 0.00 <br><br> 2,000.00 |
| Account No. xxx5018 <br><br>Meryl Goodman <br>38 Shadowlawn Place <br>Livingston, NJ 07039 | - | | Whippany Store | | | | 732.27 | 0.00 <br><br> 732.27 |

Sheet  18  of  24   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 183.10 |
|---|---|---|
| | (Total of this page) | 8,715.37 | 8,532.27 |

B6E (Official Form 6E) (4/10) - Cont.

In re      Einstein Moomjy, Inc. _____,      Case No. _____

_____Debtor_____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx7293 | | | 5/16/11 | | | | | | |
| Mrs. Curtis 3 Marianna Place Morristown, NJ 07960 | - | | Goods in Stock Store | | | | 742.50 | 0.00 | 742.50 |
| Account No. | | | _____ Store | | | | | | |
| Onda Durso 150 East 69th Street 26K New York, NY 10021 | - | | | | | | 3,575.00 | 975.00 | 2,600.00 |
| Account No. xxx7521 | | | Whippany Store | | | | | | |
| Pamela Goldstein 19 Stonegate Drive Roseland, NJ 07068 | - | | | | | | 1,500.00 | 0.00 | 1,500.00 |
| Account No. xxxxxxx /xxx7122 | | | Paramus Store | | | | | | |
| Patricia Creagh 3 W.O. Bauer Lane Orangeburg, NY 10962 | - | | | | | | 2,530.00 | 0.00 | 2,530.00 |
| Account No. | | | Goods in Stock | | | | | | |
| Paul Fishman 128 Inwood Avenue Montclair, NJ 07043 | - | | | | | | 1,200.00 | 0.00 | 1,200.00 |

Sheet __19__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 975.00 |
|---|---|
| 9,547.50 | 8,572.50 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xx7261<br><br>Phillilps<br>88 Overlook Road<br>East Hanover, NJ 07936 | - | | 3/18/11<br><br>Whippany Store | | | | 800.00 | 0.00 | 800.00 |
| Account No.<br><br>Ronan Lurie<br>15 Central Park West<br>36D<br>New York, NY 10023 | - | | 8/24/09<br><br>Store | | | | 8,707.00 | 6,107.00 | 2,600.00 |
| Account No. xxx7527<br><br>Saks<br>76 Old Cow Pasture Lane<br>Butler, NJ 07405 | - | | Whippany Store | | | | 600.00 | 0.00 | 600.00 |
| Account No. xx7527<br><br>Saks<br>76 Old Cow Pasture Lane<br>NJ 07905 | - | | 3/31/11<br><br>Whippany Store | | | | 600.00 | 0.00 | 600.00 |
| Account No.<br><br>Sandra Brown<br>39 Howland Road<br>Middletown, NJ 07748 | - | | Plainfield Store | | | | 1,100.00 | 0.00 | 1,100.00 |

Sheet __20__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 6,107.00 | |
| 11,807.00 | 5,700.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. Sara Enslin 731 Leanpe Trial Westfield, NJ 07090 | - | | Plainfield Store | | | | 200.00 | 0.00 200.00 |
| Account No. xx2400 Schneifeld PO Box 797 Rock Hill, NY 12775 | - | | Paramus Store | | | | 1,300.00 | 0.00 1,300.00 |
| Account No. Schwartz 245 E. 25th Street 3D New York, NY 10010 | - | | New York Store | | | | 2,000.00 | 0.00 2,000.00 |
| Account No. xx1404 Shortway 5 White Oad Ridge Court Mendham, NJ 07945 | - | | 3/6/11 Whippany Store | | | | 1,444.50 | 0.00 1,444.50 |
| Account No. xx7573 St. Thomas Orthodox Church 360 W. Blackwell Street Dover, NJ 07801 | - | | 12/22/10 Whippany Store | | | | 2,025.00 | 0.00 2,025.00 |

Sheet  21  of  24   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                           0.00
(Total of this page)    6,969.50    6,969.50

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx4637<br><br>Stephanie Spivale<br>90 Valley Drive<br>NH 03069 | - | | Whippany Store | | | | 500.00 | 0.00<br><br>500.00 |
| Account No.<br><br>Susan Dulski<br>820 Nancy Way<br>Westfield, NJ 07090 | - | | Plainfield Store | | | | 1,000.00 | 0.00<br><br>1,000.00 |
| Account No. x5686<br><br>Susan Winston<br>19-11 Greenwood Drive<br>Fair Lawn, NJ 07410 | - | | 4/15/11<br><br>Paramus Store | | | | 770.00 | 0.00<br><br>770.00 |
| Account No. xxx4660<br><br>Thomas Helga<br>13 Homestead Terrace<br>Scotch Plains, NJ 07076 | - | | Whippany Store | | | | 400.00 | 0.00<br><br>400.00 |
| Account No.<br><br>URS<br>3 Julia Court<br>Scotch Plains, NJ 07076 | - | | Plainfield Store | | | | 600.00 | 0.00<br><br>600.00 |

Sheet __22__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 3,270.00 / 3,270.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  Einstein Moomjy, Inc. _____,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xx7275  Wainberg 25 Notch Hill Drive Livingston, NJ 07039 | - | | 4/10/11  Whippany Store | | | | 1,000.00 | 0.00  1,000.00 |
| Account No. x2292  William Roberts 263 Maple Street Haworth, NJ 07641 | - | | 3/29/11  Paramus Store | | | | 400.00 | 0.00  400.00 |
| Account No. xxx7265  Wimmer 10 Nyma Way Succasunna, NJ 07876 | - | | Goods in Stock Store | | | | 425.00 | 0.00  425.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  23  of  24  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  0.00
(Total of this page)  1,825.00    1,825.00

B6E (Official Form 6E) (4/10) - Cont.

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | | | |
| New York State Corporation Tax PO Box 4136 Binghamton, NY 13902-4136 | - | | | | | | | 0.00 | |
| | | | | | | | 44,505.44 | | 44,505.44 |
| Account No. | | | taxes | | | | | | |
| State of New Jersey-CBT Division of Taxation PO Box 193 Trenton, NJ 08646-0193 | - | | | | | | | 0.00 | |
| | | | | | | | 116,379.72 | | 116,379.72 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __24__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 160,885.16 | 0.00 |
| | | 160,885.16 |
| Total | 36,382.95 | |
| (Report on Summary of Schedules) | 377,891.09 | 341,508.14 |

B6F (Official Form 6F) (12/07)

In re    Einstein Moomjy, Inc.                                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | former landlord | | | | |
| 10 New Maple Investors, LLC c/o Peter A. Vignuolo Clarkin & Vignuolo, PC 1100 Centennial Avenue Piscataway, NJ 08854 | - | | | | | | | | 339,819.07 |
| Account No. | | | | | | | | X | |
| 360 East 72nd Street Owners, Inc. c/o Steven J. Shore, Esq. Ganfer & Shore LLP 360 Lexington Avenue New York, NY 10017 | - | | | | | | | | Unknown |
| Account No. | | | | | Trade debt | | | | |
| A&O Home Delivery, Inc. 530 Pendleton St High Point, NC 27260 | - | | | | | | | | 600.00 |
| Account No. | | | | | Trade debt | | | | |
| Access Communications, Inc. 45 Tamarack Road Andover, NJ 07821 | - | | | | | | | | 18,052.16 |

___47___ continuation sheets attached

Subtotal
(Total of this page)                              358,471.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Utility Bills | | | | |
| ADT Security Services, Inc. 15200 East Exposition Ave Aurora, CO 80012-9803 | - | | | | | | | 3,599.51 |
| Account No. | | | | Business Debt | | | | |
| Air Group Heatintg & AC One Prince Road Whippany, NJ 07981 | - | | | | | | | 559.08 |
| Account No. | | | | Trade debt | | | | |
| Aladdin Mills PO Box 2208 2001 Antioch Road Dalton, GA 30722 | - | | | | | | | 1,288.24 |
| Account No. | | | | Business Debt | | | | |
| Alberta Luchetti 202 Overlook Avenue Little Falls, NJ 07424 | - | | | | | | | 33,952.50 |
| Account No. | | | | Trade debt | | | | |
| Allied Mat & Matting, Inc. 52-08 Grand Avenue Maspeth, NY 11378 | - | | | | | | | 746.65 |

Sheet no. __1__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           40,145.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Althorp Living History<br>PO Box 2690<br>Hickory, NC 28603 | | - | Business Debt | | | | 256.08 |
| Account No.<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101 | | - | Corporate Credit Card Purchases | | | | 13,446.37 |
| Account No.<br><br>Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 | | - | | | | | 82,915.22 |
| Account No.<br><br>Apollo Distributing Company<br>PO Box 959<br>128 Passaic Ave<br>Fairfield, NJ 07004 | | - | Trade debt | | | | 4,200.00 |
| Account No.<br><br>Area Rug World<br>185 Van Brunt Street<br>Brooklyn, NY 11231 | | - | Trade debt | | | | 1,359.40 |

Sheet no. __2__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,177.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Atlantic Tomorrows Office 20 ChapinRoad, Unit 1010 PO Box 421 Pine Brook, NJ 07058 | - | | | | | | | 612.22 |
| Account No. | | | | Trade debt | | | | |
| Atlas Rug Corp. 36 East 31st St, 12th Fl New York, NY 10016 | | | | | | | | 7,994.00 |
| Account No. | | | | Business Debt | | | | |
| Automatic Data Processing, Inc. 99 Jefferson Road Parsippany, NJ 07054-0450 | - | | | | | | | 1,136.75 |
| Account No. | | | | Trade debt | | | | |
| Axis Architectural Studio Riva Sloan 16 Highwood Ave Englewood, NJ 07631 | - | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| B. Andonian Antique Rugs | - | | | | | | | 373.00 |

| Sheet no. __3__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,115.97 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Bayard Sales Corporation 103 Apple Street Suite 205 Eatontown, NJ 07724 | - | | | | | | | | 57.30 |
| Account No. | | | | | Trade debt | | | | |
| Beaulieu Commercial PO Box 1447 Chatsworth, GA 30705 | - | | | | | | | | 1,786.49 |
| Account No. xx0407 | | | | | Trade debt | | | | |
| Beaulieu Group, LLC PO Box 1248 Dalton, GA 30722-1248 | - | | | | | | | | 8,198.87 |
| Account No. | | | | | Trade debt | | | | |
| Bennytex Carpet Mills, Inc. 14401 South Main Street Gardena, CA 90248 | - | | | | | | | | 834.00 |
| Account No. | | | | | Trade debt | | | | |
| Bentzon Carpets ApS Fabrikvej Rojle DK-5500 Middelfart DENMARK | - | | | | | | | | 0.00 |

Sheet no. __4__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,876.66

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Bernhardt Furniture Co. PO Box 740 Lenoir, NC 28645-0740 | | - | | | | | | 2,520.00 |
| Account No. | | | | Business Debt | | | | |
| Bette L. Petricko 370 Ocean Avenu, #1107 Revere, MA 02151 | | - | | | | | | 475.90 |
| Account No. | | | | Trade debt | | | | |
| Bey Berk International 9654 Cozycroft Avenue Chatsworth, CA 91311 | | - | | | | | | 1,612.42 |
| Account No. | | | | Trade debt | | | | |
| Bokara Rug Co., Inc. 44 Hartz Way Secaucus, NJ 07094 | | - | | | | | | 118,455.66 |
| Account No. | | | | Business Debt | | | | |
| Bowron & Co. Ltd. PO Box 17613 Denver, CO 80217-0613 | | - | | | | | | 157.75 |

Sheet no. __5__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,221.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                          ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Brintons U.S. Axminster Inc. 1000 Cobb Place Blvd Bldg. 200, Suite 200 Kennesaw, GA 30144 | | - | | | | | | 1,351.85 |
| Account No. | | | | DC-016037-11 | | | | |
| Brownstone Furniture 3435 Regatta Blvd Richmond, CA 94804 | | - | | | | | | 7,950.25 |
| Account No. | | | | Business Debt | | | | |
| Cablevision 6 Corporate Center Drive Melville, NY 11747 | | - | | | | | | 109.85 |
| Account No. | | | | Business Debt | | | | |
| Cablevision Advertising Sales Rainbow Advertising Sales PO Box 19301 Newark, NJ 07195-0301 | | - | | | | | | 3,837.40 |
| Account No. xxx4041 | | | | Business Debt | | | | |
| Caine & Weiner PO Box 5010 Woodland Hills, CA 91365-5010 | | - | | | | | | 5,102.99 |

Sheet no. __6__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   18,352.34

B6F (Official Form 6F) (12/07) - Cont.

In re   Einstein Moomjy, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Capel Incorporated 831 N. Main St Troy, NC 27371 | - | | | | | | | 8,118.09 |
| Account No. | | | | Trade debt | | | | |
| Carpet Heritage Limited 2225 Erin Mills Pky PO Box 47022 Mississauga Ontario CANADA  LK51T9 | - | | | | | | | 1,074.11 |
| Account No. | | | | Trade debt | | | | |
| Catalina Home 14418 Best Avenue Santa Fe Springs, CA 90670 | - | | | | | | | 641.52 |
| Account No. | | | | Business Debt | | | | |
| Charles Portolano (Floor Design) 9 Garden Street Lodi, NJ 07644 | - | | | | | | | 2,047.59 |
| Account No. | | | | Business Debt | | | | |
| Cintas Corporation #062 546 Green Lane Union, NJ 07083 | - | | | | | | | 1,241.98 |

Sheet no. __7___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,123.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

Circa Fine Interior Design
46 Olympia Lane
Monsey, NY 10952 | | - | | Trade debt | | | | Unknown |
| Account No.

Claudia Moomjy
5 Ramapo Hills Blvd
Oakland, NJ 07436 | | - | | | | | | 7,035.21 |
| Account No.

CO-2 Interiors
37 Bramshill Drive
Mahwah, NJ 07430 | | - | | Business Debt | | | X | Unknown |
| Account No.

Coast Electronics, LLC
PO Box 941
Neptune, NJ 07754 | | - | | Business Debt | | | | 5,929.10 |
| Account No.

Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Ave, Suite 2400
New York, NY 10170 | | - | | 10112577/2010 Legal Services | | | | 35,672.55 |

Sheet no. __8__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,636.86

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                      Comcast Spotlight 100 White Oak Lane Old Bridge, NJ 08857 | - | | | Business Debt | | | | 14,276.40 |
| Account No.                                      Commercial Carpet Logistics PO Box 847 Stevensville, MD 21666 | - | | | Trade debt | | | | 904.73 |
| Account No.                                      Commercial Protective Systems PO Box 81 Elmwood Park, NJ 07407 | - | | | Business Debt | | | | 4,169.00 |
| Account No.                                      Constantine Carpet 2493 Lakeland Road Dalton, GA 30721 | - | | | Trade debt | | | | 176.17 |
| Account No.                                      Couristan, Inc. Two Executive Drive Fort Lee, NJ 07024 | - | | | Business Debt | | | | 36,543.07 |

Sheet no. _9__ of _47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        56,069.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Coverall of Northern NJ Inc. 1050 Wall Street West Lyndhurst, NJ 07071 | | - | | | | | | 593.85 |
| Account No. | | | | Business Debt | | | | |
| Creating Interior with Barbara 320 Briar Patch Mountainside, NJ 07092 | | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Creative Agency Group 15 Creative Circle Route 520 Holmdel, NJ 07733 | | - | | | | | | 778.10 |
| Account No. | | | | Trade debt | | | | |
| Creative Interior Solutions 84 Ridge Road Randolph, NJ 07869 | | - | | | | | | 299.80 |
| Account No. | | | | Trade debt | | | | |
| Creative Lines 23 Kevin Road Lincoln Park, NJ 07035 | | - | | | | | | 104.90 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,776.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Crescent Services PO Box 254 Pomona Park, FL 32181 | | - | | | | | | | 70.45 |
| Account No. | | | | | Business Debt | | | | |
| Daily Record/Gannett NJ 800 Jefferson Road Parsippany, NJ 07054 | | - | | | | | | | 6,047.54 |
| Account No. | | | | | Business Debt | | | | |
| De Lage Landen Financial Services PO Box 41602 Philadelphia, PA 19101 | | - | | | | | | | 1,655.10 |
| Account No. | | | | | Business Debt | | | | |
| Delos Inc. 120 N. Industrial Blvd Calhoun, GA 30701 | | - | | | | | | | 921.84 |
| Account No. | | | | | Business Debt | | | | |
| Department of State Division of Corporations 41 State Street Albany, NY 12231-0002 | | - | | | | | | | 9.00 |

Sheet no. __11__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,703.93

B6F (Official Form 6F) (12/07) - Cont.

In re   Einstein Moomjy, Inc. _____ ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| DGA Security Systems Inc. PO Box 1920 New York, NY 10101-1920 | - | | | | | | | 830.45 |
| Account No. | | | | Business Debt | | | | |
| Dixie Group 185 South Industrial Blvd PO Box 12542 Calhoun, GA 30703-7010 | - | | | | | | | 3,471.55 |
| Account No.  xxx-xxxxxx8-001 | | | | Business Debt | | | | |
| Dolphin Capital Corp. PO Box 644006 Cincinnati, OH 45264-4006 | - | | | | | | | 770.40 |
| Account No. | | | | Business Debt | | | | |
| Donna Bartley 44 Spook Rock Road Suffern, NY 10901 | - | | | | | | | 5,312.50 |
| Account No. | | | | Business Debt | | | | |
| Dun & Bradstreet 75 Remittance Drive Suite 1793 Chicago, IL 60675-1793 | - | | | | | | | 587.43 |

Sheet no.  12   of  47   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     10,972.33

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Duplitron, Inc. 205 East 1st Avenue Roselle, NJ 07203 | | - | | | | | | 728.52 |
| Account No. | | | | Trade debt | | | | |
| Dynamic Rugs 4845 Governors Way Frederick, MD 21704 | | - | | | | | | 4,929.81 |
| Account No. | | | | Business Debt | | | | |
| East Coast Carting Services PO Box 2501 Peter Stuyvesant Station New York, NY 10009 | | - | | | | | | 2,177.50 |
| Account No. | | | | Landlord | | | | |
| Einstein Moomjy 22 Company LLC 934 Route 22 East North Plainfield, NJ 07060 | | - | | | | | | 65,375.00 |
| Account No. | | | | Landlord | | | | |
| Einstein Moomjy Associates LLC 297 Route 17 South Paramus, NJ 07652 | | - | | | | | | 128,669.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

201,879.83

B6F (Official Form 6F) (12/07) - Cont.

In re      Einstein Moomjy, Inc. _____,      Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Elias Wilf Corporation PO Box 309 Owings Mills, MD 21117 | - | | | | | | 2,926.93 |
| Account No. | | | Landlord-past due rent | | | | |
| Emme Company LLC 295 Route 17 South Paramus, NJ 07652 | - | | | | | | 169,190.00 |
| Account No. | | | Business Debt | | | | |
| Employee Data Forms of MO LLC 729 W. Sexton Road Columbia, MO 65203 | - | | | | | | 35.75 |
| Account No. | | | Business Debt | | | | |
| Eraco International 216 Britannia Road East Mississauga Ontario CANADA L4Z 1S6 | - | | | | | | 1,241.00 |
| Account No. | | | Business Debt | | | | |
| F&W Transport Services 17 Prag Blvd Unit 201 Monroe, NY 10950 | - | | | | | | 165.00 |

Sheet no. __14__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          173,558.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Fabrica PO Box 25136 Santa Ana, CA 92799-5136 | - | | | | | | | | 10,391.75 |
| Account No. | | | | | Business Debt | | | | |
| Federal Express Corp. PO Box 371461 Pittsburgh, PA 15250-7461 | - | | | | | | | | 201.36 |
| Account No. | | | | | Business Debt | | | | |
| Fedex National LTL PO Box 95001 Lakeland, FL 33804-5001 | - | | | | | | | | 495.90 |
| Account No. | | | | | Business Debt | | | | |
| Fein Interiors 11 Shawnee Trail Montville, NJ 07045 | - | | | | | | | | 350.00 |
| Account No. | | | | | Trade debt | | | | |
| Ferdous Orientals Inc. 100 Park Plaza Drive Secaucus, NJ 07094 | - | | | | | | | | 3,317.86 |

Sheet no.  _15_  of  _47_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,756.87

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Firematic & Safety Equip., Inc. 450 River Drive Garfield, NJ 07026 | - | | | | | | | | 308.16 |
| Account No. | | | | | Business Debt | | | | |
| Fort Dearborn Life Ins. Co. 36788 Eagle Way Downers Grove, IL 60515 | - | | | | | | | | 215.00 |
| Account No. | | | | | Business Debt | | | | |
| Frank's Truck Center 325 Orient Way PO Box 503 Lyndhurst, NJ 07071 | - | | | | | | | | 1,387.28 |
| Account No. | | | | | Business Debt | | | | |
| Fresh 102.7 WWFS-FM PO Box 33086 Newark, NJ 07188-0086 | - | | | | | | | | 6,000.00 |
| Account No. | | | | | Business Debt | | | | |
| Friedman Bros. Decorative Arts 9015 NW 105th Way Medley, FL 33178 | - | | | | | | | | 1,675.00 |

Sheet no. __16__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,585.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | | |
| Full Fashion Fringe PO Box 173 East Freetown, MA 02717 | - | | | | | | | 173.26 |
| Account No. | | | 10/10 Business Debt | | | | | |
| Functional Interiors, LLC 629 Stirling Place Westfield, NJ 07090 | - | | | | | | | Unknown |
| Account No. | | | Business Debt | | | | | |
| Furniture Brands 1925 Eastches Dr High Point, NC 27265 | - | | | | | | | 10,278.00 |
| Account No. | | | Business Debt | | | | | |
| Gamma Arredamenti Int'l Spa PO Box 1087 High Point, NC 27261 | - | | | | | | | 1,043.70 |
| Account No. | | | Business Debt | | | | | |
| Gardner Industries, Inc. 904 Murray Road East Hanover, NJ 07936 | - | | | | | | | 2,586.12 |

Sheet no. _17_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    14,081.08

B6F (Official Form 6F) (12/07) - Cont.

In re   Einstein Moomjy, Inc. _____,   Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Gary Joseph Gliboff 125 Beach 124th Rockaway Park, NY 11694 | | - | | | | | | 214.35 |
| Account No. | | | | Business Debt | | | | |
| Gerald Charles Tolomeo Ltd 3 Caesar Place Moonachie, NJ 07074 | | - | | | | | | 588.43 |
| Account No. | | | | Business Debt | | | | |
| GF Studio Inc. 540 Ravine Court Wyckoff, NJ 07481 | | - | | | | | | 187.25 |
| Account No. | | | | Business Debt | | | | |
| Giant Packaging Inc. 11 West Passaic Street Rochelle Park, NJ 07662 | | - | | | | | | 430.00 |
| Account No. | | | | Business Debt | | | | |
| Glen Eden/CIT Group 430 Union Grove Road Calhoun, GA 30701 | | - | | | | | | 237.00 |

Sheet no. __18__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       1,657.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Godfrey Hirst (USA) Inc. #122  1000 Holcomb Woods Parkway Roswell, GA 30076 | | - | | | | | 5,445.70 |
| Account No. | | | Business Debt | | | | |
| Goodfellow Inc. PO Box 6485 Manchester, NH 03108-6485 | | - | | | | | 904.97 |
| Account No. | | | Business Debt | | | | |
| Guardian PO Box 530157 Atlanta, GA 30353-0157 | | - | | | | | 1,155.72 |
| Account No. | | | Business Debt | | | | |
| Gulistan Carpet, Inc. PO Box 651355 Charlotte, NC 28265-1355 | | - | | | | | 5,175.12 |
| Account No. | | | Business Debt | | | | |
| Guy's Maintenance Inc. 49 Cheroke Avenue Allendale, NJ 07401 | | - | | | | | Unknown |

Sheet no. __19__ of __47__ sheets attached to Schedule of        Subtotal              12,681.51
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Einstein Moomjy, Inc.                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Trade debt | | | | | |
| Harden Furniture 8550 Mill Pond Way Mc Connellsville, NY 13401-1844 | - | | | | | | | 7,041.88 |
| Account No. | | | Business Debt | | | | | |
| Hartford Life 100 Campus Drive Suite 250 Florham Park, NJ 07932 | - | | | | | | | 1,687.74 |
| Account No. | | | Business Debt | | | | | |
| Helios Mohawk Factoring, Inc. PO Box 105401 Atlanta, GA 30348-5401 | - | | | | | | | 1,099.15 |
| Account No. | | | Business Debt | | | | | |
| Hess Fleet Services PO Box 6293 Carol Stream, IL 60197-6293 | - | | | | | | | 40.00 |
| Account No. | | | Business Debt | | | | | |
| HJJ Electric 11 Downstream Drive Flanders, NJ 07836 | - | | | | | | | 2,335.00 |

Sheet no. __20__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,203.77

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Credit Card Purchases | | | | |
| Home Depot CRC/GECF PO Box 103072 Roswell, GA 30076-9072 | - | | | | | | | | 279.67 |
| Account No. | | | | | Business Debt | | | | |
| Horizon Blue Cross Blue Shield PO Box 18009 Newark, NJ 07191-8009 | - | | | | | | | | 13,190.98 |
| Account No. | | | | | Business Debt | | | | |
| Hudson Valley Computer Guys 34 Knox Drive New Windsor, NY 12553 | - | | | | | | | | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Importico Falgi Industries 156 Baekeland Ave Middlesex, NJ 08846 | - | | | | | | | | 3,324.15 |
| Account No. | | | | | Business Debt-Judgment Entered | | | | |
| Interlude Inc. 25 Trefoil Drive Trumbull, CT 06611 | - | | | | | | | | 9,533.89 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    26,328.69

B6F (Official Form 6F) (12/07) - Cont.

In re  Einstein Moomjy, Inc. _____,  Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Invista Sa. r.l. 4123 Weast 37th Street North Wichita, KS 67220 | - | | | | | | | 327.67 |
| Account No. | | | | Business Debt | | | | |
| J Mish Inc./Capital Business 8 River Drive Cartersville, GA 30120 | - | | | | | | | 14,081.82 |
| Account No. | | | | Business Debt | | | | |
| JCP&L PO Box 15152 Reading, PA 19612-5152 | - | | | | | | | 6,105.57 |
| Account No. | | | | Business Debt | | | | |
| John Richard Collection 306 Eastman Street Greenwood, MS 38930 | - | | | | | | | 4,348.26 |
| Account No. | | | | Business Debt | | | | |
| Juan E. Avila 38-01B Dobrin Court Fair Lawn, NJ 07410 | - | | | | | | | 1,917.28 |

Sheet no. __22__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       26,780.60

B6F (Official Form 6F) (12/07) - Cont.

In re   Einstein Moomjy, Inc.                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Karastan - Area Rug Mohawk Factoring, Inc. PO Box 105401 Atlanta, GA 30348-5401 | - | | | | | | | 7,685.55 |
| Account No. | | | | Business Debt | | | | |
| Karastan - Broadloom PO Box 12069 S. Ind. Blvd. Calhoun, GA 30701 | - | | | | | | | 19,590.28 |
| Account No. | | | | Business Debt | | | | |
| KAS Oriental Rugs Inc. 62 Veronica Ave Somerset, NJ 08873 | - | | | | | | | 24,285.89 |
| Account No. | | | | Business Debt | | | | |
| KAS Oriental Rugs, Inc. 62 Veronica Ave Somerset, NJ 08873 | - | | | | | | | 484.00 |
| Account No. | | | | Business Debt | | | | |
| Key Equipment Finance Customer Service 600 Travis Suite 1300 Houston, TX 77002 | - | | | | | | | 3,005.36 |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,051.08

B6F (Official Form 6F) (12/07) - Cont.

In re      Einstein Moomjy, Inc.                                    ,      Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Khoren L. Odabashian 12 Beatrice Place Oradell, NJ 07649 | | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| L.G. Interior Design 31 Jacob Road Washington Twp, NJ 07675 | | - | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| L.R. Resources 1619 Puryear Dr. N.W. Dalton, GA 30720 | | - | | | | | | 5,191.42 |
| Account No. | | | | Business Debt | | | | |
| La Barge 1925 Eastchester Drive High Point, NC 27265 | | - | | | | | | 1,757.63 |
| Account No. | | | | Business Debt | | | | |
| Leathercraft/Wells Fargo PO Box 639 Conover, NC 28613 | | - | | | | | | 4,485.00 |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,434.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Leggett & Platt/Vantage Vantage Industries, Inc. 5070 Phillip Lee Drive Atlanta, GA 30336 | - | | | | | | 8,027.50 |
| Account No. | | | Business Debt | | | | |
| Les Meubles Poitras Inc. 79 Onulphe-Peltier L'Epiphane Quebec CANADA J5X 3W9 | - | | | | | | 3,919.26 |
| Account No. | | | Business Debt | | | | |
| Liberty Paper Co. 180 West 52nd Street Bayonne, NJ 07002 | - | | | | | | 632.80 |
| Account No. | | | Business Debt | | | | |
| Lincoln National Life Insurance Co. PO Box 0821 Carol Stream, IL 60132-0821 | - | | | | | | 343.52 |
| Account No. | | | Business Debt | | | | |
| Louis De Poortere/Fortis 185 Rus Drive Calhoun, GA 30701 | - | | | | | | 441.53 |

Sheet no. __25__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,364.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Lynco Alarms PO Box 547 Mahwah, NJ 07430 | - | | | | | | | 4,531.45 |
| Account No. | | | | Business Debt | | | | |
| Main Lock Shop 762 Main Street Hackensack, NJ 07601 | - | | | | | | | 101.65 |
| Account No. | | | | Business Debt | | | | |
| Maitland-Smith 1925 Eastchester Drive High Point, NC 27265 | - | | | | | | | 6,275.95 |
| Account No. | | | | Business Debt | | | | |
| Major Look Advertising 310 Stratford Place Bound Brook, NJ 08805 | - | | | | | | | 2,541.00 |
| Account No. | | | | Business Debt | | | | |
| Manhattan Fire & Safety Corp. 242 W. 30th Street 7th Floor New York, NY 10001 | - | | | | | | | 282.54 |

Sheet no. __26__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,732.59

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Manzi Electrical Contracting 7 West 30th Street New York, NY 10001 | | - | | | | | 162.56 |
| Account No. | | | Business Debt | | | | |
| Masland Carpets, Inc. PO Box 277541 Atlanta, GA 30384-7541 | | - | | | | | 17,966.10 |
| Account No. | | | Business Debt | | | | |
| McKay Custom Products 455 Hayward Avenue North Saint Paul, MN 55128 | | - | | | | | 132.35 |
| Account No. | | | Business Debt | | | | |
| Merida Meridian/GMAC 643 Summer St Boston, MA 02210 | | - | | | | | 16.49 |
| Account No. | | | Business Debt | | | | |
| MGM Transport Corp. PO Box 1823 1264 Jackson Lake Road High Point, NC 27263 | | - | | | | | 125.47 |

Sheet no. __27__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            18,402.97

B6F (Official Form 6F) (12/07) - Cont.

In re   Einstein Moomjy, Inc. _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | Business Debt | | | | | | |
| Michael Errico Window Cleaning 101 Susan Court Clifton, NJ 07012 | - | | | | | | | | 199.02 |
| Account No. | | | Business Debt | | | | | | |
| Michael Halebian & Co., Inc. 557 Washington Avenue Carlstadt, NJ 07072 | - | | | | | | | | 2,037.76 |
| Account No. | | | Trade debt | | | | | | |
| Milan Furniture Inc. 1710 Flushing Avenue Ridgewood, NY 11385 | - | | | | | | | X | 15,600.00 |
| Account No. | | | Business Debt | | | | | | |
| Mirza Design Enterprises, Inc. 101 Annin Road Far Hills, NJ 07931 | - | | | | | | | | 2,587.30 |
| Account No. | | | Business Debt | | | | | | |
| Modern Handling Equipment Co. PO Box 8500 Philadelphia, PA 19178 | - | | | | | | | | 1,015.18 |

Sheet no. __28__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,439.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Mohawk Carpet/Horizon PO Box 12069 S. Ind. Blvd. Calhoun, GA 30701 | | - | | | | | | | 2,428.94 |
| Account No. | | | | | Business Debt | | | | |
| Momeni Inc. 60 Broad Street Carlstadt, NJ 07072 | | - | | | | | | | 0.00 |
| Account No. | | | | | Landlord | | | | |
| Mosel Management LLC Agent for Emil Buehler Trust 305 Route Seventeen Paramus, NJ 07652 | | - | | | | | | | 1,926,043.98 |
| Account No. | | | | | Business Debt | | | | |
| Multi-Measures 24 Seminole Avenue Dumont, NJ 07628 | | - | | | | | | | 101.85 |
| Account No. | | | | | Business Debt | | | | |
| N.C. Carpet Binding & Equipment 858 Summer Ave Newark, NJ 07104 | | - | | | | | | | 1,274.00 |

Sheet no. _29_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,929,848.77

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Nancy Hunt 8 Windsor Road Morris Plains, NJ 07950 | - | | | | | | 1,000.00 |
| Account No. | | | Business Debt | | | | |
| National Carpet Equipment Inc. 9250 Xylon Avenue No. Minneapolis, MN 55445 | - | | | | | | 1,070.95 |
| Account No. | | | Business Debt | | | | |
| New Franco Belge Liestraat 40 8560 Wevelgem BELGIUM | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| New Image Landscaping & Lawn PO Box 213 South Plainfield, NJ 07080 | - | | | | | | 2,749.90 |
| Account No. | | | Utility Bills | | | | |
| New Jersey American Water P.O. Box 371476 Pittsburgh, PA 15250-7476 | - | | | | | | 444.57 |

Sheet no. _30_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,265.42

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>New Jersey Door Works, Inc.<br>689 Ramsey Avenue<br>Hillside, NJ 07205 | | - | | Business Debt | | | | 292.48 |
| Account No.<br><br>New Jersey Monthly LLC<br>55 Park Place<br>PO Box 920<br>Morristown, NJ 07963-0920 | | - | | Business Debt | | | | 2,558.75 |
| Account No.<br><br>New York Observer LLC<br>915 Broadway, 9th Floor<br>New York, NY 10010 | | - | | Business Debt | | | | 1,905.00 |
| Account No.<br><br>New York Times/Advertising<br>Attn: Michele De Maria-COF Dept.<br>299 West 43rd St<br>New York, NY 10036 | | - | | Business Debt | | | | 24,441.00 |
| Account No.<br><br>NJ Division of Fire Safety<br>PO Box 809<br>Trenton, NJ 08625-0809 | | - | | Business Debt | | | | 3,308.00 |

Sheet no. __31__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,505.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc._____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| NJ Manufacturers 301 Sullivan Way West Trenton, NJ 08628-3496 | | - | | | | | 3,184.25 |
| Account No. | | | Business Debt | | | | |
| NJ Motor Vehicle Commission PO Box 008 Trenton, NJ 08646-0011 | | - | | | | | 105.00 |
| Account No. | | | Business Debt | | | | |
| NJM Insurance 301 Sullivan Way West Trenton, NJ 08128-3496 | | - | | | | | Unknown |
| Account No. | | | Business Debt | | | | |
| NJN Publishing/Reporter PO Box 13876 Newark, NJ 07188-3876 | | - | | | | | 2,112.50 |
| Account No. | | | Business Debt | | | | |
| Nourison Rug Corp. 5 Sampton Street Saddle Brook, NJ 07663 | | - | | | | | 390,000.00 |

Sheet no. __32__ of __47__ sheets attached to Schedule of    Subtotal                395,401.75
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Noury & Sons Ltd 5 Sampton Street Saddle Brook, NJ 07663 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Nuterior's Ltd. 12 Tulip Ave Floral Park, NY 11001 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| NYC Deptpart of Finance Parking Violations PO Box 2127, Peck Slip Station New York, NY 10272-2127 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| NYS Dept of Transportation UCR Applications 50 Wolf Road, POD 53 Albany, NY 12232-0879 | - | | | | | | | 227.00 |
| Account No. | | | | Business Debt | | | | |
| Oriental Weavers PO Box 1423 3252 Dug Gap Road S.W. Dalton, GA 30720 | - | | | | | | | Unknown |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        227.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Originally Yours, LLC PO Box 2102 Secaucus, NJ 07094 | | - | | | | | X | 5,645.70 |
| Account No. | | | | Business Debt | | | | |
| Paetec Communications, Inc. PO Box 1283 Buffalo, NY 14240-1283 | | - | | | | | | 7,236.72 |
| Account No. | | | | Business Debt | | | | |
| Pecaso 1405 North Broadway Street Hillside, NJ 07205 | | - | | | | | | 10,165.00 |
| Account No. | | | | Business Debt | | | | |
| Peluso Landscaping PO Box 279 East Hanover, NJ 07936 | | - | | | | | | 6,489.55 |
| Account No. | | | | Business Debt | | | | |
| Penske Truck Leasing PO Box 827380 Philadelphia, PA 19182-7380 | | - | | | | | | 22,833.04 |

Sheet no. __34__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     52,370.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Pequannock Disposal PO Box 426 Pompton Plains, NJ 07444 | - | | | | | | | 4,005.75 |
| Account No. | | | | Business Debt | | | | |
| Pine Brook Catering PO Box 772 Pine Brook, NJ 07058 | - | | | | | | | 272.50 |
| Account No. | | | | Business Debt | | | | |
| Pitney Bowes Global Financial Svcs, LLC 2225 American Drive Neenah, WI 54956-1005 | - | | | | | | | 1,396.58 |
| Account No. | | | | Business Debt | | | | |
| Prestige Mills, Inc. 34-01 38th Ave Long Island City, NY 11101-2227 | - | | | | | | | 1,631.52 |
| Account No. | | | | Business Debt | | | | |
| Pride Sasser Home Furnishings EJ Victor Associates PO Box 65537 Charlotte, NC 28265 | - | | | | | | | 0.00 |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,306.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Paramus<br><br>Public Service Electric & Gas<br>PO Box 14104<br>New Brunswick, NJ 08906-4104 | - | | Utility Bills | | | | 25,584.76 |
| Account No. Plainfield<br><br>Public Service Electric and Gas<br>PO Box 14106<br>New Brunswick, NJ 08906-4106 | - | | Utility Bills | | | | 4,720.00 |
| Account No. Whippany<br><br>Public Service Electric and Gas<br>PO Box 14106<br>New Brunswick, NJ 08906-4106 | - | | Utility Bills | | | | 450.18 |
| Account No.<br><br>Pulsifer Kingston Inc.<br>115 Sagamore Street<br>Quincy, MA 02171 | - | | Business Debt | | | | 480.00 |
| Account No.<br><br>R & R Installations<br>Rich Pesci Jr.<br>9 Van Riper Place<br>Nutley, NJ 07110 | - | | Business Debt | | | | 0.00 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,234.94

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| R L Landscaping PO Box 7336 Watchung, NJ 07069 | - | | | | | | | 3,589.85 |
| Account No. | | | | Business Debt | | | | |
| Regency Lighting 16665 Arminta Street Van Nuys, CA 91406 | - | | | | | | | 1,509.01 |
| Account No. | | | | Business Debt | | | | |
| Reilly's Oriental Rug Cleaning 15 Paterson Ave Midland Park, NJ 07432 | - | | | | | | | 2,431.00 |
| Account No. | | | | Business Debt | | | | |
| Reiter & Zipern, Attorneys 75 Montebello Road Suffern, NY 10901 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Renaissance Carpet & Tapestry NY Design Center Room 1006 200 Lexington AVe., 10th Fl New York, NY 10016 | - | | | | | | | Unknown |

Sheet no. __37__ of __47__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)      7,529.86

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Roberta Schilling Collection 10993 NW 122 St Medley, FL 33178 | | - | | | | | | 2,399.50 |
| Account No. | | | | Professional Services | | | | |
| Roger V. Jones Law Office 45 North Broad Street Suite 501 Ridgewood, NJ 07450 | | - | | | | | | 3,962.00 |
| Account No. | | | | Business Debt | | | | |
| Ronald J. Staneck 181 Hickory Tavern Road Gillette, NJ 07933 | | - | | | | | | 454.50 |
| Account No. | | | | Business Debt | | | | |
| Ryan Inc. 741 Lehigh Ave Union, NJ 07083 | | - | | | | | | 900.00 |
| Account No. | | | | Business Debt | | | | |
| Sanders Roofing Co. Inc. 925 Ball Ave Union, NJ 07083 | | - | | | | | | 1,305.40 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,021.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Sax Macy Fromm & Co., OC 855 Valley Road Clifton, NJ 07013 | - | | | | | | | | 49,079.73 |
| Account No. | | | | | Business Debt | | | | |
| Schnadig International Corp. 4200 Tudor Lane Greensboro, NC 27410 | - | | | | | | | | 27,553.94 |
| Account No. | | | | | Business Debt | | | | |
| Shelba D. Johnson PO Box 7287 High Point, NC 27264 | - | | | | | | | | 58.22 |
| Account No. | | | | | Business Debt | | | | |
| Shell Oil Company PO Box 9081 Des Moines, IA 50368-9081 | - | | | | | | | | 1,747.42 |
| Account No. | | | | | Business Debt | | | | |
| Siemens Communications Inc. PO Box 99076 Chicago, IL 60693 | - | | | | | | | | 2,010.36 |

Sheet no. __39__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,449.67

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Southeast Morris County MUA 19 Saddle Road Cedar Knolls, NJ 07927 | - | | | | | | 216.30 |
| Account No. | | | Business Debt | | | | |
| Springhill Business Systems 605 Candlewood Commons Howell, NJ 07731 | - | | | | | | 1,191.87 |
| Account No. | | | Business Debt | | | | |
| Stanley Inc. 1706 Southmont Drive Dalton, GA 30720 | - | | | | | | 4,527.76 |
| Account No. | | | Business Debt | | | | |
| Stanton Carpet Corp. 211 Robbins Lane Syosset, NY 11791 | - | | | | | | 8,020.68 |
| Account No. | | | Business Debt | | | | |
| Staples 500 Staples Drive Framingham, MA 01702 | - | | | | | | Unknown |

Sheet no. __40__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                13,956.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc._____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Star Ledger/Advertising One Star Ledger Drive Newark, NJ 07102 | | - | | | | | | | 8,434.48 |
| Account No. | | | | | Business Debt | | | | |
| Suburban Disposal Inc. 54 Montesano Road Fairfield, NJ 07004-3310 | | - | | | | | | | 3,255.05 |
| Account No. | | | | | Business Debt | | | | |
| Susan Goddard 51 North Mountain Ave Unit 9 Montclair, NJ 07042 | | - | | | | | | | 500.00 |
| Account No. | | | | | Business Debt | | | | |
| Theodore Alexander PO Box 890662 Charlotte, NC 28289 | | - | | | | | | | 151.86 |
| Account No. | | | | | Business Debt | | | | |
| Trail Lines, Inc. PO Box 3567 Santa Fe Springs, CA 90670 | | - | | | | | | | 1,798.29 |

Sheet no. __41__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,139.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Travelers/Commercial 300 Arboretum Place Suite 610 Richmond, VA 23236 | | - | | | | | 3,016.72 |
| Account No. | | | Business Debt | | | | |
| Tri-Tech Energy Inc. 3 Mars Court Boonton, NJ 07005 | | - | | | | | 3,031.29 |
| Account No. | | | Business Debt | | | | |
| Tuftex Division of Queen Carpet Corp PO Box 40 Dalton, GA 30722-0040 | | - | | | | | 6,231.65 |
| Account No. | | | Business Debt | | | | |
| Turning House/Basset Furniture PO Box 555 Bassett, VA 24055 | | - | | | | | 5,549.69 |
| Account No. | | | Business Debt | | | | |
| United Automatic Fire Sprinkler Inc. 146 First Avenue Little Falls, NJ 07424 | | - | | | | | 150.00 |

Sheet no. __42__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          17,979.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| United Parcel Service PO Box 7247-0244 Philadelphia, PA 19170-0001 | - | | | | | | | 1,412.45 |
| Account No. | | | | Business Debt | | | | |
| Van Dijk Carpet Inc. 2500 Donn Drive PO Box 1569 Cartersville, GA 30120 | - | | | | | | | 1,202.05 |
| Account No. | | | | Business Debt | | | | |
| Vaughan Furniture PO Box 1489 Galax, VA 24333 | - | | | | | | | 1,856.00 |
| Account No. xxxxxxxxxx8722 | | | | Utility Bills | | | | |
| Verizon PO Box 4648 Trenton, NJ 08650-4648 | - | | | | | | | 22.81 |
| Account No. xxxxxxxxxxx0642 | | | | Utility Bills | | | | |
| Verizon PO Box 4833 Trenton, NJ 08650-4833 | - | | | | | | | 430.57 |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,923.88

B6F (Official Form 6F) (12/07) - Cont.

In re     Einstein Moomjy, Inc. _____ ,     Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3210<br><br>Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | - | | Utility Bills | | | | 1,048.96 |
| Account No. xxxxxxxxxxx7725<br><br>Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | - | | Utility Bills | | | | 324.24 |
| Account No. Montville<br><br>Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | - | | Utility Bills | | | | 386.00 |
| Account No. Paramus<br><br>Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | - | | Utility Bills | | | | 534.27 |
| Account No.<br><br>Viewpoint Technologies, Inc.<br>1050 Wall Street West<br>Suite 335<br>Lyndhurst, NJ 07071 | - | | Business Debt | | | | 40.00 |

Sheet no. __44__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,333.47

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| W.B. Mason Co., Inc. PO Box 111 Brockton, MA 02303-0111 | - | | | | | | | | 149.61 |
| Account No. | | | | | Business Debt | | | | |
| Wainscot 110 Summit Avenue Montvale, NJ 07645 | - | | | | | | | | 2,000.00 |
| Account No. | | | | | | | | | |
| Walter Moomjy 10 Fairway Upper Montclair, NJ 07043 | - | | | | | | | | 34,629.61 |
| Account No. | | | | | Business Debt | | | | |
| Watkins & Shepard Trucking PO Box 5328 Missoula, MT 59806-5328 | - | | | | | | | | 641.08 |
| Account No. | | | | | Business Debt | | | | |
| West Essex Tribune 495 South Livingston Avenue PO Box 65 Livingston, NJ 07039 | - | | | | | | | | 627.60 |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,047.90

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Woolshire Carpet Mills 1275 Mauldin Road PO Box 153 Calhoun, GA 30701 | | - | | | | | 5,656.55 |
| Account No. | | | Business Debt | | | | |
| WOR Radio 710 AM 1440 Broadway New York, NY 10018 | | - | | | | | 1,295.00 |
| Account No. | | | Business Debt | | | | |
| World Carpets Drawer CS 100585 Atlanta, GA 30384 | | - | | | | | 2,832.61 |
| Account No. | | | Business Debt | | | | |
| YRC(RDWY) Yellow Freight PO Box 471 Akron, OH 44309-0471 | | - | | | | | 979.56 |
| Account No. | | | Business Debt | | | | |
| Zoroufy Stair Rods PO Box 620345 Middleton, WI 53562 | | - | | | | | 160.00 |

Sheet no. __46__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,923.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Einstein Moomjy, Inc.                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Zorrods<br>PO Box 628334<br>Middleton, WI 53562 | - | | | Business Debt | | | | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __47__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 4,083,046.48 |

B6G (Official Form 6G) (12/07)

.

In re    Einstein Moomjy, Inc.                                                                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Mosel Management LLC<br>Agent for Emil Buehler Trust<br>305 Route Seventeen<br>Paramus, NJ 07652 | Lease of 265 Route 10, Whippany, NJ, Expires February 2012 |

_0_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Einstein Moomjy, Inc.                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Einstein Moomjy, Inc.                      Case No. _____

                             Debtor(s)      Chapter     11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    83    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 19, 2011                  Signature    /s/ Walter Moomjy

                                                   Walter Moomjy
                                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of New Jersey

In re    Einstein Moomjy, Inc.                    Case No.

                                     Debtor(s)        Chapter    11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $920,774.00 | 2011 YTD: Debtor Business Income |
| $6,654,470.00 | 2010: Debtor Business Income |
| $13,351,810.00 | 2009: Debtor Business Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 10 New Maple Investors, LLC v. Einstein Moomjy, Inc. Docket No.:MRS- L-1021-10 | Civil Action | Superior Court of New Jersey Morris County Courthouse Civil Division, P.O. Box 910 30 Schnyler Place Morristown, NJ 07960-0910 | Pending |
| Access Communications, Inc. v. Einstein Moomjy Docket No. SSX-L-695-10 | Civil Action | Superior Court of NJ Sussex County | Pending |
| Brownstone Furniture v. Einstein Moomjy, Inc. Docket No. DC-016037-11 | Civil Action | Superior Court of NJ Bergen County | Pending |
| Charles Portolano (Floor Design) v. Einstein Moomjy Docket No. SC-2215-11 | Civil Action | Superior Court of NJ Bergen County | Pending |
| Cohen Tauber Spievack & Wagner, P.C. v. Einstein Moomjy, Inc. and Einstein Moomjy of N.Y., Inc. Index No. 10112577/2010 | | Supreme Court of the State of New York County of New York | Pending |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Comcast Spotlight v. Einstein Moomjy, Inc. Docket No.: DC-025370-10 | Civil | Superior Court of New Jersey Law Division, Special Civil Part Bergen County 10 Main Street Room 121 Hackensack, NJ 07601 | Pending |
| Elias Wilf Corporation v. Einstein Moomjy, Inc. Docket No.: DC-011259-10 | Civil | Superior Court of New Jersey Morris County Courthouse Law Division, Special Civil Part P.O. Box 910 30 Schnyler Place Morristown, NJ 07960-0910 | Pending |
| EJ Victor, Inc. v. Einstein Moomjy, Inc. t/a Einstein Moomjy Carpets, Rugs & Fine Furniture Docket No.: DC-012198-10 | Civil | Superior Court of New Jersey Morris County Courthouse Law Division, Special Civil Part P.O. Box 910 30 Schnyler Place Morristown, NJ 07960-0910 | Pending |
| Furniture Brands v. Einstein-Moomjy, Inc. Docket No.: DC-012009-10 | Civil Action | Superior Court of New Jersey Morris County Courthouse Civil Division, P.O. Box 910 30 Schnyler Place Morristown, NJ 07960-0910 | Pending |
| Gardner Industries, Inc. v. Walter Moomjy and Einstein Moomjy, Inc. Docket No. SC-853-11 | Civil | Superior Court of New Jersey Law Division, Special Civil Part Morris County Courthouse One Court Street Morristown, NJ 07963 | Pending |
| George Rush and Dorothy Rush v. Eistein Moomjy Docket No. DC-023453-11 | Civil | Superior Court of New Jersey Law Division - Bergen County 10 Main Street Room 121 Hackensack, NJ 07601 | Pending |
| Interlude, Inc. v. Einstein Moomjy, Inc. Docket No. DC-025620-10 | Civil Action | Superior Court of NJ Bergen County | Judgment entered |
| John Richard Collection v. Einstein Moomjy, Inc. Docket No. 021269-10 | Civil Action | Superior Court of NJ Bergen County | Pending |
| Leathercraft, Inc. v. Einstein Moomjy, Inc. Docket No. DC-012382-11 | Civil Action | Superior Court of NJ Bergen County | Pending |
| Milan Furniture, Inc. v. Einstein Moomjy, Inc. Docket No. L7778-10 | Civil Action | Superior Court of NJ Bergen County | Pending |
| Schnadig International Corporation v. Einstein-Moomjy, Inc., Einstein-Moomjy Associates, LLC and Einstein-Moomjy 22 Company, LLC Docket No.: MID-L-003940-11 | Civil Action | Superior Court of New Jersey Middlesex Vicinage Civil Division PO Box 2633 56 Paterson Street New Brunswick, NJ 08903-2633 | Pending |
| Michael Halebian NJ, Inc., v. Einstein Moomjy Furniture, Inc. Docket No.: | Civil | Superior Court of New Jersey Law Division - Bergen County 10 Main Street Room 121 Hackensack, NJ 07601 | Pending |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Nancy M. Hunt v. Einstein Moomjy Co. Docket No. SC-836-11 | Civil | Superior Court of New Jersey Morris County Courthouse Law Division, Special Civil Part P.O. Box 910 30 Schnyler Place Morristown, NJ 07960-0910 | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Chair | stolen, $500.00 | June 2011 |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| WASSERMAN, JURISTA & STOLZ<br>225 Millburn Avenue<br>Suite 207<br>Millburn, NJ 07041 | | $13,661 |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Wells Jaworski Liebman & Paton<br>12 Route 17 North<br>Paramus, NJ 07653<br>    None | | product....$7,669.64 |
| Alberta Luchetti<br>202 Overlook Avenue<br>Little Falls, NJ 07424<br>    unknown | 8/10/11 | Year: 1996, Make:  Jeep, Model:  Wagon, Mileage: 200K $400.00 |
| Originally Yours, LLC<br>Attn: Raoul<br>PO Box 2102<br>Secaucus, NJ 07094<br>    Customer | 6/28/11 | Chair, Bench and Sofa, $5,561.00 |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐       a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Sax Macy Fromm & Co., OC<br>855 Valley Road<br>Clifton, NJ 07013 | |

None
■       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME<br>debtor | ADDRESS |
|---|---|

None
■       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
☐       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| July, 2011 | Andrea Moomjy | $462,592.50, Einstein Moomjy Area Rug |
| June 20, 2011 | Andrea Moomjy | $357,185.77, Broadloom Inventory |
| July, 2011 | Andrea Moomjy | $435,795.57, Einstein Moomjy Furniture/Accesory |
| July 2011 | Andrea Moomjy | $1,275,960.60, Einstein Moomjy Hand Knotted Oriental Rugs |

None
☐       b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| July, 2011 | Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| June 20, 2011 | Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 |
| July, 2011 | Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 |
| July 2011 | Andrea Moomjy<br>74 Overlook Road<br>Upper Montclair, NJ 07043 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Walter Moomjy<br>10 Fairway<br>Upper Montclair, NJ 07043 | President | 100% stockholder |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| PNC Institutional Investments<br>2 PNC Plaza<br>620 Liberty Avenue<br>Pittsburgh, PA 1522 | 221576736 |

11

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  August 19, 2011                         Signature  /s/ Walter Moomjy
                                                              Walter Moomjy
                                                              President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of New Jersey

In re    Einstein Moomjy, Inc.

Debtor(s)

Case No. _____

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 13,661.00 |
| Prior to the filing of this statement I have received | $ | 13,661.00 |
| Balance Due | $ | 0.00 |

2.    $ __1,039.00__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

�■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

�■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 19, 2011

/s/ Daniel M. Stolz
Daniel M. Stolz
WASSERMAN, JURISTA & STOLZ
225 Millburn Avenue
Suite 207
Millburn, NJ 07041
(973) 467-2700  Fax: (973) 467-8126
attys@wjslaw.com

---

# United States Bankruptcy Court

### District of New Jersey

In re    Einstein Moomjy, Inc.               ,    Case No. _____

                        Debtor

                                                   Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Walter Moomjy<br>10 Fairway<br>Upper Montclair, NJ 07043 | | | 100% shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___August 19, 2011_____        Signature__/s/ Walter Moomjy_____
                                               Walter Moomjy
                                             President

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

## United States Bankruptcy Court
### District of New Jersey

In re    Einstein Moomjy, Inc.                                  Case No.

                                       Debtor(s)          Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 19, 2011                  /s/ Walter Moomjy

                                           Walter Moomjy/President
                                           Signer/Title

10 New Maple Investors, LLC
c/o Peter A. Vignuolo
Clarkin & Vignuolo, PC
1100 Centennial Avenue
Piscataway, NJ 08854


10 New Maple Investors, LLC
Attn: Eddirland Cristel
53 State St., 38th Fl.
Exchange Place
Boston, MA 02109


360 East 72nd Street Owners, Inc.
c/o Steven J. Shore, Esq.
Ganfer & Shore LLP
360 Lexington Avenue
New York, NY 10017


A&O Home Delivery, Inc.
530 Pendleton St
High Point, NC 27260


Access Communications, Inc.
45 Tamarack Road
Andover, NJ 07821


Adel Mdeway
39 Richard Drive
Waldwick, NJ 07463


ADT Security Services, Inc.
15200 East Exposition Ave
Aurora, CO 80012-9803


Air Group Heatintg & AC
One Prince Road
Whippany, NJ 07981


Aladdin Mills
PO Box 2208
2001 Antioch Road
Dalton, GA 30722


Alberta Luchetti
202 Overlook Avenue
Little Falls, NJ 07424

Alexa Shea
524 E. 87th Street
New York, NY 10128


Alison Kimmich
79 Essex Avenue
Montclair, NJ 07042


Allied Mat & Matting, Inc.
52-08 Grand Avenue
Maspeth, NY 11378


Althorp Living History
PO Box 2690
Hickory, NC 28603


American Express
PO Box 1270
Newark, NJ 07101


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535


Amy O'Dowd
5 Saltzer Drive
Boonton, NJ 07005


Andrea Moomjy
74 Overlook Road
Upper Montclair, NJ 07043


Andrea Urban
7 Maple Lane
Lake Hiawatha, NJ 07034


Angelica
38 Community Place
Morristown, NJ 07960


Ann Marie Frater
524 Sagamore Avenue
Teaneck, NJ 07666

Anthony Alonso
320 West 30th Street
Apt 4A
New York, NY 10001


Apollo Distributing Company
PO Box 959
128 Passiac Ave
Fairfield, NJ 07004


Area Rug World
185 Van Brunt Street
Brooklyn, NY 11231


Arnold Reiter
2 No. Bayard Lane
Mahwah, NJ 07430


Atlantic Tomorrows Office
20 ChapinRoad, Unit 1010
PO Box 421
Pine Brook, NJ 07058


Atlas Rug Corp.
36 East 31st St, 12th Fl
New York, NY 10016


Audrey H. Stolberger
33 Knusten Drive
West Orange, NJ 07052


Automatic Data Processing, Inc.
99 Jefferson Road
Parsippany, NJ 07054-0450


Axis Architectural Studio
Riva Sloan
16 Highwood Ave
Englewood, NJ 07631


B. Andonian Antique Rugs

Barry Mushala
35 Thormont Road
Denville, NJ 07834


Bayard Sales Corporation
103 Apple Street
Suite 205
Eatontown, NJ 07724


Beaulieu Commercial
PO Box 1447
Chatsworth, GA 30705


Beaulieu Group, LLC
PO Box 1248
Dalton, GA 30722-1248


Bennytex Carpet Mills, Inc.
14401 South Main Street
Gardena, CA 90248


Bentzon Carpets ApS
Fabrikvej Rojle
DK-5500 Middelfart
DENMARK


Bernhardt Furniture Co.
PO Box 740
Lenoir, NC 28645-0740


Bette L. Petricko
370 Ocean Avenu, #1107
Revere, MA 02151


Bey Berk International
9654 Cozycroft Avenue
Chatsworth, CA 91311


Bodner
8 Lafayette Place
Fair Lawn, NJ 07410


Bokara Rug Co., Inc.
44 Hartz Way
Secaucus, NJ 07094

Bowron & Co. Ltd.
PO Box 17613
Denver, CO 80217-0613


Bressler & Duyk
60 State Highway 27
Edison, NJ 08820-3908


Brintons U.S. Axminster Inc.
1000 Cobb Place Blvd
Bldg. 200, Suite 200
Kennesaw, GA 30144


Brownstone Furniture
3435 Regatta Blvd
Richmond, CA 94804


Bruce Pierkarsky Officer Superior Court
of New Jersey
c/o Bruce A. Piekarsky, Court Officer
PO Box 1006
Hackensack, NJ 07602


Cablevision
6 Corporate Center Drive
Melville, NY 11747


Cablevision Advertising Sales
Rainbow Advertising Sales
PO Box 19301
Newark, NJ 07195-0301


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010


Caine & Weiner
9960 Corporate Campus Drive
#1600
Louisville, KY 40223


Capel Incorporated
831 N. Main St
Troy, NC 27371

Carol Todd
870 Ridgeview Way
Franklin Lakes, NJ 07417


Carotenuto
12 Jane Terrace
Mendham, NJ 07945


Carpet Heritage Limited
2225 Erin Mills Pky
PO Box 47022
Mississauga Ontario
CANADA  LK51T9


Carrie Yoos
44 Old Swalleytown Road
Warren, NJ 07059


Cashman
812 Park Avenue
New York, NY 10021


Catalina Home
14418 Best Avenue
Santa Fe Springs, CA 90670


Catherine Mulvey
21 Rustic Road
Saddle River, NJ 07458


Charles Buccarato
33 Deer Run Drive
Hackettstown, NJ 07840


Charles Portolano (Floor Design)
9 Garden Street
Lodi, NJ 07644


Charles R. Lightner
518 Lawrence Avenue
Westfield, NJ 07090


Cintas Corporation #062
546 Green Lane
Union, NJ 07083

Circa Fine Interior Design
46 Olympia Lane
Monsey, NY 10952


Claire Andrews
15 Lindaberry Lane
Palisades Park, NJ 07650


Claudia Moomjy
5 Ramapo Hills Blvd
Oakland, NJ 07436


Clifford Gold
2077 Center Avenue
Apt 4A
Fort Lee, NJ 07024


CO-2 Interiors
37 Bramshill Drive
Mahwah, NJ 07430


Coast Electronics, LLC
PO Box 941
Neptune, NJ 07754


Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Ave, Suite 2400
New York, NY 10170


Comcast Spotlight
100 White Oak Lane
Old Bridge, NJ 08857


Commercial Carpet Logistics
PO Box 847
Stevensville, MD 21666


Commercial Collection Consultants
2305 Ridge Road
Suite 201
Rockwall, TX 75087

Commercial of Collection Corp. of NY
 O' Connor-Ravell Associates, Inc.
A Division of CCC of NY
34 Seymour Street
Tonawanda, NY 14150


Commercial Protective Systems
PO Box 81
Elmwood Park, NJ 07407


Constantine Carpet
2493 Lakeland Road
Dalton, GA 30721


Corene Nelson
99 Teaneck Road
Unit 318
Ridgefield Park, NJ 07660


Corrine Fleres
46 Sherman Place
Morristown, NJ 07960


Couristan, Inc.
Two Executive Drive
Fort Lee, NJ 07024


Coverall of Northern NJ Inc.
1050 Wall Street West
Lyndhurst, NJ 07071


Creating Interior with Barbara
320 Briar Patch
Mountainside, NJ 07092


Creative Agency Group
15 Creative Circle
Route 520
Holmdel, NJ 07733


Creative Interior Solutions
84 Ridge Road
Randolph, NJ 07869

Creative Lines
23 Kevin Road
Lincoln Park, NJ 07035


Crescent Services
PO Box 254
Pomona Park, FL 32181


Daily Record/Gannett NJ
800 Jefferson Road
Parsippany, NJ 07054


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101


Debra Jones
4 Patty Lane
Randolph, NJ 07869


Delos Inc.
120 N. Industrial Blvd
Calhoun, GA 30701


Dennis Teller
RR#1 Box 1556
East Stroudsburg, PA 18302


Department of State
Division of Corporations
41 State Street
Albany, NY 12231-0002


DGA Security Systems Inc.
PO Box 1920
New York, NY 10101-1920


Dixie Group
185 South Industrial Blvd
PO Box 12542
Calhoun, GA 30703-7010


Dolphin Capital Corp.
PO Box 644006
Cincinnati, OH 45264-4006

Donato Minicozzi
43 Sunrise Drive
Summit, NJ 07901


Donna Bartley
44 Spook Rock Road
Suffern, NY 10901


Dun & Bradstreet
75 Remittance Drive
Suite 1793
Chicago, IL 60675-1793


Duplitron, Inc.
205 East 1st Avenue
Roselle, NJ 07203


Dynamic Rugs
4845 Governors Way
Frederick, MD 21704


East Coast Carting Services
PO Box 2501
Peter Stuyvesant Station
New York, NY 10009


Ed Hoodiman
160 Stuyvesant Avenue
Apt 4
Kearny, NJ 07032


Eduardo Flores
1900 Rachel Terrace
Apt 19
Pine Brook, NJ 07058


Edward Eden
243 West End Avenue
New York, NY 10023


Einstein Moomjy 22 Company LLC
934 Route 22 East
North Plainfield, NJ 07060

Einstein Moomjy Associates LLC
297 Route 17 South
Paramus, NJ 07652


Elias Wilf Corporation
PO Box 309
Owings Mills, MD 21117


Elizabeth Cleary Interiors
171 West 71st Street
New York, NY 10023


Emme Company LLC
295 Route 17 South
Paramus, NJ 07652


Employee Data Forms of MO LLC
729 W. Sexton Road
Columbia, MO 65203


Eraco International
216 Britannia Road East
Mississauga
Ontario CANADA
L4Z 1S6


Euler Hermes UMA
7-11 South Broadway
Suite 314
White Plains, NY 10601


Euler Hermes Uma, Inc.
600 So. 7th Street
PO Box 1672
Louisville, KY 40201-1672


F&W Transport Services
17 Prag Blvd
Unit 201
Monroe, NY 10950


Fabrica
PO Box 25136
Santa Ana, CA 92799-5136

Federal Express Corp.
PO Box 371461
Pittsburgh, PA 15250-7461


Fedex National LTL
PO Box 95001
Lakeland, FL 33804-5001


Fein Interiors
11 Shawnee Trail
Montville, NJ 07045


Ferdous Orientals Inc.
100 Park Plaza Drive
Secaucus, NJ 07094


Firematic & Safety Equip., Inc.
450 River Drive
Garfield, NJ 07026


Fort Dearborn Life Ins. Co.
36788 Eagle Way
Downers Grove, IL 60515


Frank & Judy Adamo
200 Old Palisade Road
Fort Lee, NJ 07024


Frank Gorli
15 Briar Court
Hamburg, NJ 07419


Frank's Truck Center
325 Orient Way
PO Box 503
Lyndhurst, NJ 07071


Fresh 102.7 WWFS-FM
PO Box 33086
Newark, NJ 07188-0086


Friedman Bros. Decorative Arts
9015 NW 105th Way
Medley, FL 33178

Full Fashion Fringe
PO Box 173
East Freetown, MA 02717


Functional Interiors, LLC
629 Stirling Place
Westfield, NJ 07090


Furniture Brands
1925 Eastches Dr
High Point, NC 27265


Gail Alba
69 Brooklawn Drive
Morris Plains, NJ 07950


Gamma Arredamenti Int'l Spa
PO Box 1087
High Point, NC 27261


Ganfer & Shore, LP
360 Lexington Avenue
New York, NY 10017


Gardner Industries, Inc.
904 Murray Road
East Hanover, NJ 07936


Gary Firth
49 Charles Street
Belleville, NJ 07109


Gary Joseph Gliboff
125 Beach 124th
Rockaway Park, NY 11694


Geoffrey Richstone
120 East 9th Street 6G
New York, NY 10128


George & Dorothy Rush
27 Washington Avenue
River Edge, NJ 07661

George Wimmer
10 Nyma Way
Succasunna, NJ 07876


Gerald Charles Tolomeo Ltd
3 Caesar Place
Moonachie, NJ 07074


Getler & Gomes, PC
85 Lafayette Avenue
Suite C
Suffern, NY 10901


GF Studio Inc.
540 Ravine Court
Wyckoff, NJ 07481


Giant Packaging Inc.
11 West Passaic Street
Rochelle Park, NJ 07662


Glen Eden/CIT Group
430 Union Grove Road
Calhoun, GA 30701


Global Collection Systems
5201 Congress Avenue
Suite 275
Boca Raton, FL 33487


Godfrey Hirst (USA) Inc.
#122 1000 Holcomb Woods Parkway
Roswell, GA 30076


Goldman & Warshaw, P.C.
34 Maple Avenue, Suite 101
Pine Brook, NJ 07058-0106


Goldman, Evans & Trammell, LLC
10323 Cross Creek Blvd "E"
Tampa, FL 33647


Goodfellow Inc.
PO Box 6485
Manchester, NH 03108-6485

Gregory Griffith
410 Prospect Street
Apt D-1
East Orange, NJ 07017


Guardian
PO Box 530157
Atlanta, GA 30353-0157


Gulistan Carpet, Inc.
PO Box 651355
Charlotte, NC 28265-1355


Guy's Maintenance Inc.
49 Cheroke Avenue
Allendale, NJ 07401


Harden Furniture
8550 Mill Pond Way
Mc Connellsville, NY 13401-1844


Hartford Life
100 Campus Drive
Suite 250
Florham Park, NJ 07932


Heitner & Breitstein
PO Box 270
Wickatunk, NJ 07765


Helios
Mohawk Factoring, Inc.
PO Box 105401
Atlanta, GA 30348-5401


Hess Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


HJJ Electric
11 Downstream Drive
Flanders, NJ 07836

Home Depot CRC/GECF
PO Box 103072
Roswell, GA 30076-9072


Horizon Blue Cross Blue Shield
PO Box 18009
Newark, NJ 07191-8009


Hudson Valley Computer Guys
34 Knox Drive
New Windsor, NY 12553


Importico Falgi Industries
156 Baekeland Ave
Middlesex, NJ 08846


Interchem
120 Century Road
Closter, NJ 07624


Interlude Inc.
25 Trefoil Drive
Trumbull, CT 06611


Invista Sa. r.l.
4123 Weast 37th Street North
Wichita, KS 67220


J Mish Inc./Capital Business
8 River Drive
Cartersville, GA 30120


J.A.M. Collections, LLC
PO Box 422
Morganville, NJ 07751


Jack Dalton
392 Central Park West
Apt 15P
New York, NY 10025


James Allan
1783 Oak Hill Drive
Union, NJ 07083

JCP&L
PO Box 15152
Reading, PA 19612-5152


Jeffrey M. Quinn, Esq.
1017 Edmonds Avenue
PO Box 596
Drexel Hill, PA 19026


Jerome Finchler
23 Trouville Drive
Parsippany, NJ 07054


Jo-Ann Lawler
3-03 Leonard Terrace
Fair Lawn, NJ 07410


Joan Thaebel
78 Orchard Road
Chatham Twp, NJ 07928


Joann Avezzi
244 Sheridan Avenue
Ho Ho Kus, NJ 07423


Joanna Reid Billings
48 River Road
Stanhope, NJ 07874


John Adimando
280 Harrington Avenue
Closter, NJ 07624


John Picaroni
55 Bayard Road
Somerset, NJ 08873


John Richard Collection
306 Eastman Street
Greenwood, MS 38930


John Vermylen
10 Mohegan Trail
Saddle River, NJ 07458

Johnson, Morgan & White
6800 Broken Sound Parkway
Boca Raton, FL 33487-2788


Joseph Clausi
20 Macarthur Avenu
Lodi, NJ 07644


Juan E. Avila
38-01B Dobrin Court
Fair Lawn, NJ 07410


Karastan - Area Rug
Mohawk Factoring, Inc.
PO Box 105401
Atlanta, GA 30348-5401


Karastan - Broadloom
PO Box 12069
S. Ind. Blvd.
Calhoun, GA 30701


Karen and Paul Hubert
559 Foothill Road
Bridgewater, NJ 08807


Karen Dubel
PO Box 524
Brookside, NJ 07926


KAS Oriental Rugs Inc.
62 Veronica Ave
Somerset, NJ 08873


KAS Oriental Rugs, Inc.
62 Veronica Ave
Somerset, NJ 08873


Kate Pringle
26 Suburban Avenue
Pelham, NY 10803


Kathy Barbieri
7 Mill Race Court
Andover, NJ 07821

Kevin Brennan
403 Spruce Street
Hawley, PA 18428


Key Equipment Finance
Customer Service
600 Travis Suite 1300
Houston, TX 77002


Khoren L. Odabashian
12 Beatrice Place
Oradell, NJ 07649


Kiel
40 Kinnemon Avenue
Washington, NJ 07882


Krukowski
74 Maple Street
Bridgewater, NJ 08807


L.G. Interior Design
31 Jacob Road
Washington Twp, NJ 07675


L.R. Resources
1619 Puryear Dr. N.W.
Dalton, GA 30720


La Barge
1925 Eastchester Drive
High Point, NC 27265


La Scala
169 Pinebrook Road
Montville, NJ 07045


Lanhi H. Saldana, Esq.
The Saldana Law Firm
116 Village Boulevard, Suite 200
Princeton, NJ 08540


Laura Matthews
707 4th Street
Lyndhurst, NJ 07071

Law Offices of Joel Cardis, LLC
2006 Swede Road, Suite 100
E. Norriton, PA 19401


Lawrence Redman
1175 Park Avenue
9B
New York, NY 10128


Leathercraft/Wells Fargo
PO Box 639
Conover, NC 28613


Leggett & Platt/Vantage
Vantage Industries, Inc.
5070 Phillip Lee Drive
Atlanta, GA 30336


Les Meubles Poitras Inc.
79 Onulphe-Peltier
L'Epiphane
Quebec CANADA
J5X 3W9


Liberty Paper Co.
180 West 52nd Street
Bayonne, NJ 07002


Lightner
518 Lawrence Avenue
Westfield, NJ 07090


Lincoln National Life Insurance Co.
PO Box 0821
Carol Stream, IL 60132-0821


Louis De Poortere/Fortis
185 Rus Drive
Calhoun, GA 30701


Louise Lamphier Forkush
330 East 38th Street
Apt 42N
New York, NY 10016

Lynco Alarms
PO Box 547
Mahwah, NJ 07430


Main Lock Shop
762 Main Street
Hackensack, NJ 07601


Maitland-Smith
1925 Eastchester Drive
High Point, NC 27265


Major Look Advertising
310 Stratford Place
Bound Brook, NJ 08805


Manhattan Fire & Safety Corp.
242 W. 30th Street
7th Floor
New York, NY 10001


Manzi Electrical Contracting
7 West 30th Street
New York, NY 10001


Marcus Bocchino
13 Upper Warren Way
Warren, NJ 07059


Margaret Gowey
12 High Street
Blairstown, NJ 07825


Mark Bodner
8 Lafayette
Fair Lawn, NJ 07410


Mark Weidner
106 Powell Road
Allendale, NJ 07401


Martha Frawley
70 Carriage House Road
Bernardsville, NJ 07924

Martin Beckenstein
85 Lakeview Drive
Westwood, NJ 07675


Mary Johnson
109 Bel Point Road
Nantucket, MA 02554


Mary Silver
6 Northern Drive
Bridgewater, NJ 08807


Masland Carpets, Inc.
PO Box 277541
Atlanta, GA 30384-7541


McKay Custom Products
455 Hayward Avenue North
Saint Paul, MN 55128


Merida Meridian/GMAC
643 Summer St
Boston, MA 02210


Meryl Goodman
38 Shadowlawn Place
Livingston, NJ 07039


MGM Transport Corp.
PO Box 1823
1264 Jackson Lake Road
High Point, NC 27263


Michael Errico Window Cleaning
101 Susan Court
Clifton, NJ 07012


Michael Halebian & Co., Inc.
557 Washington Avenue
Carlstadt, NJ 07072


Michael Harrison, Esq.
3155 Rte 10 E, Suite 214
Denville, NJ 07834

Milan Furniture Inc.
1710 Flushing Avenue
Ridgewood, NY 11385


Mirza Design Enterprises, Inc.
101 Annin Road
Far Hills, NJ 07931


Modern Handling Equipment Co.
PO Box 8500
Philadelphia, PA 19178


Mohawk Carpet/Horizon
PO Box 12069
S. Ind. Blvd.
Calhoun, GA 30701


Momeni Inc.
60 Broad Street
Carlstadt, NJ 07072


Morgan Bornstein & Morgan
1236 Brace Road
Suite K
Cherry Hill, NJ 08034-3269


Mosel Management LLC
Agent for Emil Buehler Trust
305 Route Seventeen
Paramus, NJ 07652


Mrs. Curtis
3 Marianna Place
Morristown, NJ 07960


Multi-Measures
24 Seminole Avenue
Dumont, NJ 07628


N.C. Carpet Binding & Equipment
858 Summer Ave
Newark, NJ 07104

Nancy Hunt
8 Windsor Road
Morris Plains, NJ 07950


Nancy Lee
28 Seminole Avenue
Pompton Plains, NJ 07444


National Carpet Equipment Inc.
9250 Xylon Avenue No.
Minneapolis, MN 55445


New Franco Belge
Liestraat 40
8560 Wevelgem
BELGIUM


New Image Landscaping & Lawn
PO Box 213
South Plainfield, NJ 07080


New Jersey American Water
P.O. Box 371476
Pittsburgh, PA 15250-7476


New Jersey Door Works, Inc.
689 Ramsey Avenue
Hillside, NJ 07205


New Jersey Monthly LLC
55 Park Place
PO Box 920
Morristown, NJ 07963-0920


New York Observer LLC
915 Broadway, 9th Floor
New York, NY 10010


New York State Corporation Tax
PO Box 4136
Binghamton, NY 13902-4136

New York Times/Advertising
Attn: Michele De Maria-COF Dept.
299 West 43rd St
New York, NY 10036


NJ Division of Fire Safety
PO Box 809
Trenton, NJ 08625-0809


NJ Manufacturers
301 Sullivan Way
West Trenton, NJ 08628-3496


NJ Motor Vehicle Commission
PO Box 008
Trenton, NJ 08646-0011


NJM Insurance
301 Sullivan Way
West Trenton, NJ 08128-3496


NJN Publishing/Reporter
PO Box 13876
Newark, NJ 07188-3876


Nourison Rug Corp.
5 Sampton Street
Saddle Brook, NJ 07663


Noury & Sons Ltd
5 Sampton Street
Saddle Brook, NJ 07663


Nudelman Nudelman & Ziering
425 Eagle Rock Avenue
Roseland, NJ 07068


Nuterior's Ltd.
12 Tulip Ave
Floral Park, NY 11001


NYC Deptpart of Finance
Parking Violations
PO Box 2127, Peck Slip Station
New York, NY 10272-2127

```
NYS Dept of Transportation
UCR Applications
50 Wolf Road, POD 53
Albany, NY 12232-0879


O'Brien & Taylor
175 Fairfield Ave
PO Box 505
Caldwell, NJ 07007


Onda Durso
150 East 69th Street
26K
New York, NY 10021


Oriental Weavers
PO Box 1423
3252 Dug Gap Road S.W.
Dalton, GA 30720


Originally Yours, LLC
PO Box 2102
Secaucus, NJ 07094


Paetec Communications, Inc.
PO Box 1283
Buffalo, NY 14240-1283


Pamela Goldstein
19 Stonegate Drive
Roseland, NJ 07068


Patricia Creagh
3 W.O. Bauer Lane
Orangeburg, NY 10962


Patricia Magee
120 Fielder Avenue
Ortley Beach, NJ 08751


Paul Fishman
128 Inwood Avenue
Montclair, NJ 07043
```

Paul Forbes
350 Parsippany Road
Apt 114
Parsippany, NJ 07054


Pecaso
1405 North Broadway Street
Hillside, NJ 07205


Peluso Landscaping
PO Box 279
East Hanover, NJ 07936


Penske Truck Leasing
PO Box 827380
Philadelphia, PA 19182-7380


Pequannock Disposal
PO Box 426
Pompton Plains, NJ 07444


Peter Depass
351 Lunar Road
NJ 08845


Peter Thullner
8 New Sreet
Denville, NJ 07834


Phililps
88 Overlook Road
East Hanover, NJ 07936


Pine Brook Catering
PO Box 772
Pine Brook, NJ 07058


Pitney Bowes Global Financial Svcs, LLC
2225 American Drive
Neenah, WI 54956-1005


Prestige Mills, Inc.
34-01 38th Ave
Long Island City, NY 11101-2227

Pride Sasser Home Furnishings
EJ Victor Associates
PO Box 65537
Charlotte, NC 28265


Public Service Electric & Gas
PO Box 14104
New Brunswick, NJ 08906-4104


Public Service Electric and Gas
PO Box 14106
New Brunswick, NJ 08906-4106


Pulsifer Kingston Inc.
115 Sagamore Street
Quincy, MA 02171


R & R Installations
Rich Pesci Jr.
9 Van Riper Place
Nutley, NJ 07110


R L Landscaping
PO Box 7336
Watchung, NJ 07069


Rainbow Advertising Sales Corporation
111 Stewart Avenue
Bethpage, NY 11714


Receivables Control Corporation
7373 Kirkwood Court
Suite 200
Osseo, MN 55369


Regency Lighting
16665 Arminta Street
Van Nuys, CA 91406


Reilly's Oriental Rug Cleaning
15 Paterson Ave
Midland Park, NJ 07432

Reiter & Zipern, Attorneys
75 Montebello Road
Suffern, NY 10901


Renaissance Carpet & Tapestry
NY Design Center Room 1006
200 Lexington AVe., 10th Fl
New York, NY 10016


Richard Johnson
153 Combs Hollow Road
Randolph, NJ 07869


RMS
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


Roberta Schilling Collection
10993 NW 122 St
Medley, FL 33178


Roger V. Jones Law Office
45 North Broad Street
Suite 501
Ridgewood, NJ 07450


Ronald J. Staneck
181 Hickory Tavern Road
Gillette, NJ 07933


Ronan Lurie
15 Central Park West
36D
New York, NY 10023


Russell Greenley
16 Maplehurst Lane
Piscataway, NJ 08854


Ryan Inc.
741 Lehigh Ave
Union, NJ 07083

Said Bonakdarian
688A Bruce Street
Ridgefield, NJ 07657


Saks
76 Old Cow Pasture Lane
Butler, NJ 07405


Saks
76 Old Cow Pasture Lane
NJ 07905


Sanders Roofing Co. Inc.
925 Ball Ave
Union, NJ 07083


Sandra Brown
39 Howland Road
Middletown, NJ 07748


Sara Enslin
731 Leanpe Trial
Westfield, NJ 07090


Sax Macy Fromm & Co., OC
855 Valley Road
Clifton, NJ 07013


Schnadig International Corp.
4200 Tudor Lane
Greensboro, NC 27410


Schneifeld
PO Box 797
Rock Hill, NY 12775


Schwartz
245 E. 25th Street 3D
New York, NY 10010


Shelba D. Johnson
PO Box 7287
High Point, NC 27264

Shell Oil Company
PO Box 9081
Des Moines, IA 50368-9081


Shortway
5 White Oad Ridge Court
Mendham, NJ 07945


Siemens Communications Inc.
PO Box 99076
Chicago, IL 60693


SKO Brenner American
PO Box 9320
Baldwin, NY 11510


Slater Tenaglia Fritz & Hunt, PA
301 Third Street
Ocean City, NJ 08226


Slater Tenaglia Fritz & Hunt, PA
PO Box 5476
Mount Laurel, NJ 08054


Southeast Morris County MUA
19 Saddle Road
Cedar Knolls, NJ 07927


Springhill Business Systems
605 Candlewood Commons
Howell, NJ 07731


St. Thomas Orthodox Church
360 W. Blackwell Street
Dover, NJ 07801


Stanley Inc.
1706 Southmont Drive
Dalton, GA 30720


Stanton Carpet Corp.
211 Robbins Lane
Syosset, NY 11791

Staples
500 Staples Drive
Framingham, MA 01702


Star Ledger/Advertising
One Star Ledger Drive
Newark, NJ 07102


State of New Jersey Dept of Labor &
Workforce Development
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0379


State of New Jersey-CBT
Division of Taxation
PO Box 193
Trenton, NJ 08646-0193


Stephanie Spivale
90 Valley Drive
NH 03069


Steven Colman
2359 Monica Place
Scotch Plains, NJ 07076


Steven Goldstein
3071 Edwin Avenue
Apt 4A
Fort Lee, NJ 07024


Suburban Disposal Inc.
54 Montesano Road
Fairfield, NJ 07004-3310


Susan Dulski
820 Nancy Way
Westfield, NJ 07090


Susan Goddard
51 North Mountain Ave
Unit 9
Montclair, NJ 07042

Susan Toloui
17 Depeyster Avenue
NJ 07690


Susan Winston
19-11 Greenwood Drive
Fair Lawn, NJ 07410


Susan Zayas
15 Bowers Road
Caldwell, NJ 07006


Tang PC
One Bridge Plaza North, Suite 275
Fort Lee, NJ 07024


The Saldana Law Firm
116 Village Blvd.
Suite 200
Princeton, NJ 08540


Theodore Alexander
PO Box 890662
Charlotte, NC 28289


Thomas Helga
13 Homestead Terrace
Scotch Plains, NJ 07076


Thomas Mitchell
12 Serpentine Road
Ringwood, NJ 07456


Trail Lines, Inc.
PO Box 3567
Santa Fe Springs, CA 90670


Travelers/Commercial
300 Arboretum Place
Suite 610
Richmond, VA 23236


Tri-Tech Energy Inc.
3 Mars Court
Boonton, NJ 07005

Tuftex
Division of Queen Carpet Corp
PO Box 40
Dalton, GA 30722-0040


Turning House/Basset Furniture
PO Box 555
Bassett, VA 24055


United Automatic Fire Sprinkler Inc.
146 First Avenue
Little Falls, NJ 07424


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


URS
3 Julia Court
Scotch Plains, NJ 07076


Van Dijk Carpet Inc.
2500 Donn Drive
PO Box 1569
Cartersville, GA 30120


Vaughan Furniture
PO Box 1489
Galax, VA 24333


Verizon
PO Box 4648
Trenton, NJ 08650-4648


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 15124
Albany, NY 12212-5124

Viewpoint Technologies, Inc.
1050 Wall Street West
Suite 335
Lyndhurst, NJ 07071


VLV Professionals, Inc.
PO Box 1982
Salem, NH 03079


W.B. Mason Co., Inc.
PO Box 111
Brockton, MA 02303-0111


Wainberg
25 Notch Hill Drive
Livingston, NJ 07039


Wainscot
110 Summit Avenue
Montvale, NJ 07645


Walter Moomjy
10 Fairway
Upper Montclair, NJ 07043


Watkins & Shepard Trucking
PO Box 5328
Missoula, MT 59806-5328


West Essex Tribune
495 South Livingston Avenue
PO Box 65
Livingston, NJ 07039


Wilfredo Medina
1116 W. Front Street
Plainfield, NJ 07060


William A.L. Eckstein, P.C.
100 Belchase Drive
Suite 105
Matawan, NJ 07747

William Eckstein, Esq.
100 Belchase Drive
Suite 105
Matawan, NJ 07747


William Roberts
263 Maple Street
Haworth, NJ 07641


Wimmer
10 Nyma Way
Succasunna, NJ 07876


Woolshire Carpet Mills
1275 Mauldin Road
PO Box 153
Calhoun, GA 30701


WOR Radio 710 AM
1440 Broadway
New York, NY 10018


World Carpets
Drawer CS 100585
Atlanta, GA 30384


YRC(RDWY) Yellow Freight
PO Box 471
Akron, OH 44309-0471


Zoroufy Stair Rods
PO Box 620345
Middleton, WI 53562


Zorrods
PO Box 628334
Middleton, WI 53562

# United States Bankruptcy Court
### District of New Jersey

In re    Einstein Moomjy, Inc.                 Case No.              
                            Debtor(s)         Chapter      11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Einstein Moomjy, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 19, 2011
Date

/s/ Daniel M. Stolz

Daniel M. Stolz
Signature of Attorney or Litigant
Counsel for     Einstein Moomjy, Inc.
WASSERMAN, JURISTA & STOLZ
225 Millburn Avenue
Suite 207
Millburn, NJ 07041
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com